## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW HAMPSHIRE

| | |
|---|---|
| **MANIKANTA PASULA, LIKHITH BABU GORRELA, THANUJ KUMAR GUMMADAVELLI, HANGRUI ZHANG**, and **HAOYANG AN**, on behalf of themselves and all those similarly situated,<br><br>    Plaintiffs,<br><br>    v.<br><br>**U.S. DEPARTMENT OF HOMELAND SECURITY;**<br><br>**U.S. IMMIGRATION AND CUSTOMS ENFORCEMENT;**<br><br>**U.S. IMMIGRATION AND CUSTOMS ENFORCEMENT, BOSTON FIELD OFFICE;**<br><br>**U.S. IMMIGRATION AND CUSTOMS ENFORCEMENT, MANCHESTER SUB-FIELD OFFICE;**<br><br>**KRISTI NOEM,** Secretary of the Department of Homeland Security;<br><br>**TODD LYONS,** Acting Director of the Immigration and Customs Enforcement;<br>            Defendants. | No. 1:25-cv-156 |

### [PROPOSED] ORDER GRANTING PLAINTIFFS' EXPEDITED MOTION FOR PRELIMINARY INJUNCTION

After careful consideration of the parties' submissions, the supporting declarations, the applicable law, and the filings and record in this case, the Court GRANTS Plaintiffs' Expedited Motion for Preliminary Injunction.

The Court hereby finds that Plaintiffs and class members have demonstrated a likelihood of success on the merits of their claim in Count 1 of the Complaint for Declaratory and Injunctive Relief; that Plaintiffs and class members are likely to suffer irreparable harm if the order is not granted; that the potential harm to Plaintiffs and class members if the order is not granted outweighs the potential harm to Defendants if the order is granted; and that the issuance of this order is in the public interest.

Pursuant to Federal Rule of Civil Procedure 65(a), this Court orders that all Defendants:

A. Reinstate the F-1 student status and corresponding SEVIS immigration record for all students at (and Optional Practical Training participants affiliated with) any educational institutions (including colleges and universities) in New Hampshire, Massachusetts, Maine, Rhode Island, and Puerto Rico who had their F-1 student status terminated and had their SEVIS immigration record correspondingly terminated by Defendants since March 1, 2025 where Defendants' student status termination was neither (i) based on the criteria set forth in 8 C.F.R. § 214.1(d), (ii) because the student failed to maintain student status based on the criteria set forth in 8 C.F.R. § 214.1(e)-(g), nor (iii) because the student failed to make normal progress toward completing a course of study under 8 C.F.R § 214.2(f)(5)(i); and

B. Are enjoined from, in the future, terminating the F-1 student status and corresponding SEVIS immigration record for all students at (and Optional Practical Training participants affiliated with) any educational institutions (including colleges and universities) in New Hampshire, Massachusetts, Maine, Rhode Island, and Puerto Rico where (i) the criteria set forth in 8 C.F.R. § 214.1(d) is not satisfied, (ii) the student has not failed to maintain student status based on the criteria set forth in 8 C.F.R. § 214.1(e)-(g), and (iii) the student has not failed to make normal progress toward completing a course of study under 8 C.F.R § 214.2(f)(5)(i).

This Court further waives the requirement for security under Fed. R. Civ. P. 65(c).

This preliminary injunction shall take effect immediately upon entry of this Order and shall remain in effect by further order of the Court.

It is so ordered.

_____                    _____
Date:                                     United States District Judge