# EXHIBIT B

 **Outlook**

## SEVIS Termination: Seek Immediate Help from an Immigration Attorney

**From** Global Engagement
**Date** Fri 4/4/2025 9:30 PM
**To** Pasula , Manikanta
**Cc**

📎 1 attachment (28 KB)
2025 Immigration Attorneys.xlsx;

> ** WARNING: Forms link takes you outside of Rivier systems. Do not share password. **

Hello Manikanta,
As you may have seen in the news, there have been a numerous report of SEVIS record termination done by the Department of Homeland Security (DHS), Bureau of Immigration and Customs Enforcement (ICE) Student and Exchange Visitor Program (SEVP). In addition, the US Department of State has been revoking F1 visas, unfortunately, you were one of the students affected by this.
It is with deepest sadness that we inform you that your SEVIS record has been terminated. As a result, SEVIS termination means that there is no grace period available for this type of situation, you are out of status.
We strongly suggest that you seek an immigration lawyer's advice IMMEDIATELY. A list of immigration lawyers is attached. Take this action immediately and get guidance.
Unfortunately, Rivier University cannot offer anything else but this important advice.
Again, seek help immediately.  We are terribly sorry for this inconvenience.
We ask that you keep this update to yourself as it will make your situation worst if you do. You will only speak with your lawyer.
Take good care.
Best regards,
The Office of Global Engagement
**Rivier University**
**420 South Main Street**
**Nashua, NH 03060**



"*Transforming Hearts and Minds To Serve The World.*" : www.rivier.edu

CONFIDENTIALITY NOTICE: This email message, including any attachments, is for the use of the intended recipient(s) only and may contain information that is privileged, confidential, and prohibited from unauthorized disclosure under applicable law. If you are not the intended recipient of this message, any dissemination, distribution, or copying of this message is strictly prohibited. If you received this message in error, please notify the sender by reply email and destroy all copies of the original message and attachments.  Thank you

Office of Global Engagement

L

Link For OPT STEM Trave

Student Experience Page:

Link to OGE Main Page C          :
Link to the SEVP portal:

Rivier University
420 South Main Street
Nashua, NH 03060

"Transforming Hearts and Minds To Serve The World." : www.rivier.edu

CONFIDENTIALITY NOTICE: This email message, including any attachments, is for the use of the intended recipient(s) only and may contain information that is privileged, confidential, and prohibited from unauthorized disclosure under applicable law. If you are not the intended recipient of this message, any dissemination, distribution, or copying of this message is strictly prohibited. If you received this message in error, please notify the sender by reply email and destroy all copies of the original message and attachments.  Thank you.