# EXHIBIT D

9TH CIRCUIT - DISTRICT DIVISION - NASHUA

# CASE SUMMARY
## CASE NO. 459-2024-CR-01090

| | | |
|---|---|---|
| State v. MANIKANTA PASULA | § § § § § | Location: 9th Circuit - District Division - Nashua<br>Filed on: 04/12/2024 |

## CASE INFORMATION

**Case Type:** Criminal

| Offense | Statute | Deg | Date | | |
|---|---|---|---|---|---|
| Jurisdiction: **Nashua** | | | | | |
| 1. License Reqd; Op w/o Valid License<br>ChargeID: 2194207C  ACN: 00646002400018117001 | 263:1 | VIOL | 03/25/2024 | Case Status: | 05/01/2024  Closed |
| *Filed As:* License Reqd; Op w/o Valid License | 263:1,III | MISDB | 04/12/2024 | | |
| Arrest: 03/25/2024 | | | | | |

## PARTY INFORMATION

**Defendant**  PASULA, MANIKANTA

*Asian  Male  Height 5'8"  Weight 150lbs*
DOB: ███████  Age: 24

**Arresting Agency**  Nashua Police Department
PO Box 785
Nashua, NH 03061

| DATE | EVENTS & ORDERS OF THE COURT | INDEX |
|---|---|---|
| 03/25/2024 | Complaint Narrative at Filing<br>*unlawfully drive a motor vehicle on a way, in Nashua, known as Pine Hill Road without ever having had a valid drivers license,*<br>Charges: 1 | |
| 04/02/2024 | Bail Order | Index #1 |
| 04/18/2024 | Complaint As Accepted For Filing | |
| 04/30/2024 | **Arraignment on Complaint** | |
| 04/30/2024 | Acknowledgement and Waiver of Rights (Judicial Officer: Curran, John A )<br>Charges: 1 | Index #2 |
| 04/30/2024 | **Plea** (Judicial Officer: Curran, John A)<br>  1. License Reqd; Op w/o Valid License<br>     Guilty | |
| 04/30/2024 | **Disposition** (Judicial Officer: Curran, John A)<br>..<br>  1. License Reqd; Op w/o Valid License<br>     Finding of Guilty | |
| 04/30/2024 | **Sentence** (Judicial Officer: Curran, John A)<br>  1. License Reqd; Op w/o Valid License<br>     Sentenced<br>     Fees<br>         Fines: $248.00 | |

A TRUE COPY ATTEST

*Sherry L. Bisson*
Clerk

## 9TH CIRCUIT - DISTRICT DIVISION - NASHUA
## CASE SUMMARY
### CASE NO. 459-2024-CR-01090
#### FINANCIAL INFORMATION

DATE

**Defendant** PASULA, MANIKANTA
Total Charges                                                                                           248.00
Total Payments and Credits                                                                   248.00
**Balance Due as of 04/09/2025**                                                             **0.00**