# EXHIBIT H

9TH CIRCUIT - DISTRICT DIVISION - NASHUA

# CASE SUMMARY
### CASE NO. 459-2024-CR-01896

| State v. LIKHITH GORRELA | § § § § § | Location: | 9th Circuit - District Division - Nashua |
|---|---|---|---|
| | | Filed on: | 06/24/2024 |

## CASE INFORMATION

| Offense Jurisdiction: Nashua | Statute | Deg | Date | Case Type: | Criminal |
|---|---|---|---|---|---|
| 1. License Reqd; Op w/o Valid License  ChargeID: 2217053C  ACN: 00646002400032613001  Arrest: 05/30/2024 | 263:1,III | MISDB | 05/30/2024 | Case Status: | 07/09/2024  Closed |

## PARTY INFORMATION

**Defendant**  GORRELA, LIKHITH



White Male  Height 5'10"  Weight 165lbs
DOB: ███  Age: 22
DL: NH ███

**Arresting Agency**  Nashua Police Department
PO Box 785
Nashua, NH 03061

A True Copy Attest:
Sherry L. _____
Clerk

| DATE | EVENTS & ORDERS OF THE COURT | INDEX |
|---|---|---|
| 05/30/2024 | **Complaint Narrative at Filing**  unlawfully drive a motor vehicle on a way in Nashua, known as Main Street, without ever having had a valid drivers license,  Charges: 1 | |
| 06/03/2024 | Bail Order | Index #1 |
| 06/26/2024 | Complaint As Accepted For Filing | |
| 07/09/2024 | **Arraignment on Complaint** | |
| 07/09/2024 | **Plea**  1. License Reqd; Op w/o Valid License  No Plea | |
| 07/09/2024 | **Disposition** (Judicial Officer: Curran, John A)  1. License Reqd; Op w/o Valid License  Nolle Prossed | |