# EXHIBIT J

 **Outlook**

**SEVIS Termination: Seek Immediate Help from an Immigration Attorney**

**From** Global Engagement
**Date** Wed 4/9/2025 2:23 PM
**To** Gummadavelli , Thanuj Kumar
**Cc**

1 attachment (28 KB)
2025 Immigration Attorneys.xlsx;

Hello Thanuj Kumar,
As you may have seen in the news, there have been a numerous report of SEVIS record termination done by the Department of Homeland Security (DHS), Bureau of Immigration and Customs Enforcement (ICE) Student and Exchange Visitor Program (SEVP). In addition, the US Department of State has been revoking F1 visas, unfortunately, you were one of the students affected by this.
It is with deepest sadness that we inform you that your SEVIS record has been terminated. As a result, SEVIS termination means that there is no grace period available for this type of situation, you are out of status. Your SEVIS was terminated by ICE for "Failure to Maintain Status: Individual identified in criminal records check and/or has had their VISA revoked. SEVIS record has been terminated."
We recommend that you contact Attorney ███████████████ she will meet you for a 30-minute free session for advice. After that meeting you may be able to retain her as your lawyer. Phone: ██████ Email: ██████
We strongly suggest that you seek an immigration lawyer's advice IMMEDIATELY. A list of immigration lawyers is attached. Take this action immediately and get guidance.
Unfortunately, Rivier University cannot offer anything else but this important advice.
Again, seek help immediately. We are terribly sorry for this inconvenience.
We ask that you keep this update to yourself as it will make your situation worst if you do. You will only speak with your lawyer.
Take good care.
Best regards,
The Office of Global Engagement
**Rivier University**
**420 South Main Street**
**Nashua, NH 03060**
(p) ██████



"*Transforming Hearts and Minds To Serve The World.*" : www.rivier.edu

CONFIDENTIALITY NOTICE: This email message, including any attachments, is for the use of the intended recipient(s) only and may contain information that is privileged, confidential, and prohibited from unauthorized disclosure under applicable law. If you are not the intended recipient of this message, any dissemination, distribution, or copying of this message is strictly prohibited. If you received this message in error, please notify the sender by reply email and destroy all copies of the original message and attachments.  Thank you