# EXHIBIT L

# CASE SUMMARY
### CASE NO. 459-2024-CR-02760

| | | |
|---|---|---|
| **State v. THANUJ KUMAR GUMMADAVELLI** | Location: | 9th Circuit - District Division - Nashua |
| | Filed on: | 08/26/2024 |

## CASE INFORMATION

| Offense | Statute | Deg | Date | Case Type: | Criminal |
|---|---|---|---|---|---|
| Jurisdiction: **Nashua** | | | | | |
| 1. License Reqd; Op w/o Valid License | 263:1,III | MISDB | 08/19/2024 | Case Status: | **09/18/2024**  Closed |
| ChargeID: 2240267C  ACN: NSP02002400105973001 | | | | | |
| Arrest: 08/19/2024 | | | | | |
| 2. Speed; Basic Rule and Maximum Limits | 265:60 | VIOL | 08/19/2024 | | |
| ChargeID: 2240268C  ACN: NSP02002400105973002 | | | | | |
| Arrest: 08/19/2024 | | | | | |

## PARTY INFORMATION

**Defendant**  GUMMADAVELLI, THANUJ KUMAR

*Asian  Male  Height 5'9"  Weight 145lbs*
DOB: ▮▮▮▮  Age: 22
DL: NH ▮▮▮▮

**Arresting Agency**  COSTA, NICHOLAS A
NH State Police Troop B
16 East Point Dr
Bedford, NH 03110

| DATE | EVENTS & ORDERS OF THE COURT | INDEX |
|---|---|---|
| 08/19/2024 | Complaint Narrative at Filing<br>*Knowingly drive a motor vehicle upon a way, to wit, Everet Turnpike Northbound in the town of Nashua ,NH without ever having had a valid license,*<br>  *Charges: 1* | |
| 08/19/2024 | Complaint Narrative at Filing<br>  *Speed; Basic Rule and Maximum Limits*<br>  *Charges: 2* | |
| 08/21/2024 | Bail Order | Index #1 |
| 09/04/2024 | Complaint As Accepted For Filing | |
| 09/11/2024 | **Arraignment on Complaint** | |
| 09/11/2024 | **Plea**<br>  1. License Reqd; Op w/o Valid License<br>     No Plea<br>  2. Speed; Basic Rule and Maximum Limits<br>     Guilty | |
| 09/11/2024 | **Disposition**<br>  1. License Reqd; Op w/o Valid License<br>     Nolle Prossed<br>  2. Speed; Basic Rule and Maximum Limits<br>     Finding of Guilty | |
| 09/11/2024 | **Sentence** | |

# CASE SUMMARY
### CASE NO. 459-2024-CR-02760

   2. Speed; Basic Rule and Maximum Limits
      Sentenced
      Fees
          Fines: $124.00

| DATE | FINANCIAL INFORMATION | |
|---|---|---|
| | **Defendant** GUMMADAVELLI, THANUJ KUMAR | |
| | Total Charges | 124.00 |
| | Total Payments and Credits | 124.00 |
| | **Balance Due as of 04/18/2025** | **0.00** |