# EXHIBIT Q



| | Student & Exchange Visitor Information System | Colleen Callahan-Panday  Logout<br>1-800-892-4829<br>ROLES: PDSO<br>SEVIS Help Desk<br>Get Plug-Ins |

Main   Message Board   Change Password                                  Enter SEVIS ID

<< Return to **Terminated Status Students (past 18 months)**

**View:**
Event History

Request/Authorization Details

Employment Information

**Actions:**
Corrections

Request Reinstatement

Transfer Out

## Student Information

| F-1 STUDENT<br>**Zhang, Hangrui** | **Worcester Polytechnic Institute - Worcester Polytechnic Institute**<br>Start Date: **August 15, 2023**<br>End Date: **August 31, 2028** | Status: **TERMINATED**<br>Status Change Date:<br>**April 9, 2025**<br>SEVIS ID: |
| --- | --- | --- |
| | I-901 Fee **Paid** | I-20 ISSUE REASON: **CONTINUED ATTENDANCE**<br>TERMINATION REASON: **OTHER - Individual identified in criminal records check and/or has had their VISA revoked. SEVIS record has been terminated.** |

### Personal / Contact

Gender
**MALE**

Date of Birth
                    Age 23

City of Birth
**Wuhan**

Country of Birth
**CHINA**

Country of Citizenship
**CHINA**

U.S. Telephone

Foreign Telephone

Email Address

U.S. Address

Address Status

Foreign Address

### Overall Remarks

### Program

Education Level
**DOCTORATE**

Major 1 and Name
**14.1001 - Electrical and Electronics Engineering**

Major 2 and Name
**00.0000 - None**

### Registration

Initial Session Start Date
**August 24, 2023**

Current Session End Date
**May 7, 2025**

Next Session Start Date
**August 20, 2025**

Length of Next Break/Vacation

Minor and Name
**00.0000 - None**
Program Start Date
**August 15, 2023**
Program End Date
**August 31, 2028**

104
Last Session

Study/Research Abroad
**No**
Thesis/Dissertation
**No**

### English Proficiency

School Requires English Proficiency for This Program
**Yes**
Student Has English Proficiency
**Yes**

### I-901 SEVIS Fee Payment

Transaction Type
**Payment**
Transaction Date
**July 14, 2023**
Transaction Amount
**$350.00**
Fee Payment / Cancellation Receipt Number
███████████

### Additional Names

Passport Name
**ZHANG HANGRUI**
Preferred Name
**Hangrui Zhang**
SEVIS Legacy Name

### School

School Name
**Worcester Polytechnic Institute**
School Code
**BOS214F00381000**
Campus Name
**Worcester Polytechnic Institute**
School Status
**APPROVED**

### Travel

Port of Entry
**SAN FRANCISCO, CA   ( SFR )**
Date of Entry
**August 27, 2023**
I-94 Admission Number
Port of Departure

Date of Departure

### Visa

Visa Number
███████████
Visa Issuance Date
**August 22, 2023**
Visa Expiration Date
**August 20, 2024**
Visa Issuance Post
**BEIJING   ( BEJ )**

### Passport

Passport Number
███████████
Passport Expiration Date
**February 2, 2033**
Country of Issuance
**UNKNOWN**

### Financial

| Expenses | | | Funding | | |
|---|---|---|---|---|---|
| Estimated Average Cost for | ............... 09 months | | Student Funding for Student's Personal Funds | ............... 09 months | |
| Tuition and Fees | ............... $28,980.00 | | | ............... $0.00 | |
| Living Expenses | ............... $15,930.00 | | Funds From This School | ............... $53,325.00 | |
| Dependents Expenses | ............... | | School Fund Type | ............... WPI Research Assistantship | |

| | | | |
|---|---|---|---|
| Other Costs | ..................... | Funds From | ..................... |
| Other Sources Other Costs Comment | ..................... | Source Type | ..................... |
| | | On-Campus Employment | ..................... |
| **Total Expense** | .....................$44,910.00 | **Total Funding** | .....................$53,325.00 |

## Dependents

Fri Apr 11 12:32:42 EDT 2025              U.S. Immigration and Customs Enforcement