# EXHIBIT R

# 2304CR000418 Commonwealth vs. An, Haoyang

- Case Type:
  Criminal
- Case Status:
  Closed
- File Date
  10/16/2023
- DCM Track:
- Initiating Action:
  UNINSURED MOTOR VEHICLE c90 §34J
- Status Date:
  01/03/2024
- Case Judge:
- Next Event:

**All Information** | **Party** | **Charge** | **Event** | **Docket** | **Disposition**

## Party Information

**An, Haoyang**
- Defendant

| Alias | Party Attorney |

**More Party Information**

## Party Charge Information

- **An, Haoyang**
- - Defendant
  - Charge # 1:
    **90/34J-2 - Misdemeanor - more than 100 days incarceration**    UNINSURED MOTOR VEHICLE c90 §34J
- Original Charge
  - 90/34J-2 UNINSURED MOTOR VEHICLE c90 §34J (Misdemeanor - more than 100 days incarceration)
  - Amended Charge

  **Charge Disposition**
  Disposition Date
  Disposition
  01/03/2024
  Dismissed - Request of Commonwealth

- **An, Haoyang**
- - Defendant
  - Charge # 2:
    **90/23/H-0 - Misdemeanor - 100 days or less incarceration**    REGISTRATION SUSPENDED, OP MV WITH c90 §23
- Original Charge
  - 90/23/H-0 REGISTRATION SUSPENDED, OP MV WITH c90 §23 (Misdemeanor - 100 days or less incarceration)
  - Amended Charge

  **Charge Disposition**
  Disposition Date
  Disposition
  01/03/2024
  Dismissed - Request of Commonwealth

- **An, Haoyang**
- - Defendant
  - Charge # 3:
    **700CMR709/VV-0 - Civil Motor Vehicle Infraction**    MASS PIKE - TOO CLOSE * 700 CMR §7.09(15)
- Original Charge
  - 700CMR709/VV-0 MASS PIKE - TOO CLOSE * 700 CMR §7.09(15) (Civil Motor Vehicle Infraction)

- Amended Charge
  - 
    **Charge Disposition**
    Disposition Date
    Disposition
    01/03/2024
    Not Responsible

## Events

| Date | Session | Location | Type | Event Judge | Result |
|---|---|---|---|---|---|
| 12/13/2023 10:00 AM | Arraignment Session | | Arraignment | | Defendant defaulted-FI to Appear |
| 01/03/2024 10:00 AM | Arraignment Session | | Arraignment | | Not Held - ARR not held as scheduled |

## Docket Information

| Docket Date | Docket Text | Amount Owed | File Ref Nbr. | Image Avail. |
|---|---|---|---|---|
| 10/16/2023 | Criminal Complaint issued from Electronic Application:<br>Originating Court: BMC Charlestown<br>Case Number: 2304AC000444-MV<br>Receiving Court: BMC Charlestown<br>; | | | |
| 10/16/2023 | Complaint issued with a summons. | | | |
| 11/03/2023 | Criminal summons returned to Court: UNSERVED | | 1 | |
| 12/13/2023 | Event Resulted:  Arraignment scheduled on:<br>        12/13/2023 10:00 AM<br>Has been: Defendant defaulted-FI to Appear<br>Hon. Lisa Grant, Presiding | | | |
| 12/13/2023 | Default Warrant ordered to issue.<br>Judge: Grant, Hon. Lisa | | 2 | |
| 12/13/2023 | Warrant Issued:<br>Straight Warrant issued on 12/13/2023 for An, Haoyang | | | |
| 12/13/2023 | Participants at Court Event - Defendant not before Court - Defense Attorney no counsel - Assistant District Attorney Glines - Probation Representative Chikel - Session Clerk - AT - Courtroom and Time - arr, 1015am.<br><br>Judge: Grant, Hon. Lisa | | | |
| 01/03/2024 | Warrant recalled:<br>Straight Warrant cancelled on 01/03/2024 for An, Haoyang | | | |
| 01/03/2024 | Event Resulted:  Arraignment scheduled on:<br>        01/03/2024 10:00 AM<br>Has been: Not Held - ARR not held as scheduled        For the following reason: All Charges disposed or Dismissed<br>Hon. Lisa Grant, Presiding | | | |
| 01/03/2024 | Charges Disposed::<br>Charge # 1 UNINSURED MOTOR VEHICLE c90 §34J<br>     On: 01/03/2024     Judge: Hon. Lisa Grant<br>     Dismissed - Request of Commonwealth<br><br>Charge # 2 REGISTRATION SUSPENDED, OP MV WITH c90 §23<br>     On: 01/03/2024     Judge: Hon. Lisa Grant<br>     Dismissed - Request of Commonwealth<br><br>Charge # 3 MASS PIKE - TOO CLOSE *  700 CMR §7.09(15)<br>     On: 01/03/2024     Judge: Hon. Lisa Grant<br>     Not Responsible | | 3 | |
| 01/03/2024 | Participants at Court Event - Defendant before Court - Defense Attorney none - Assistant District Attorney Glines - Probation Representative Chikel - Session Clerk - Nawawi - Courtroom and Time - 1040am.<br><br>Judge: Grant, Hon. Lisa | | | |
| 01/03/2024 | Commonwealth 's Criminal motion to Dismiss orally presented to the court<br><br>Judge: Grant, Hon. Lisa | | | |

| Docket Date | Docket Text | Amount Owed | File Ref Nbr. | Image Avail. |
|---|---|---|---|---|
| 01/03/2024 | Motion to Dismiss prior to arraignment ALLOWED. Judge: Grant, Hon. Lisa | | | |
| 01/03/2024 | Financial Notes: $100 cash bail posted on 12/28/2023 is eligible for return upon receipt by the Court. Judge: Grant, Hon. Lisa | | | |
| 01/03/2024 | All charges disposed - No future events - Defendant discharged. | | | |
| 01/03/2024 | Docket report of court proceedings to date | | | Image |
| 05/20/2024 | Notice to Surety that case is settled & they are entitled to receive the bail money has been posted | | | |

### Case Disposition

| Disposition | Date | Case Judge |
|---|---|---|
| Dismissed | 01/03/2024 | |