# EXHIBIT T

# Orr&Reno

Emily A. White
ewhite@orr-reno.com
Direct Dial 603.223.9175
Direct Fax 603.223.9075

To Whom it May Concern,

    I have practiced U.S. immigration law since 2007. Advising institutions of higher education and students on compliance with immigration law has always been a part of my practice. I maintain memberships in both the American Immigration Lawyers Association (AILA) and Association of International Educators (NAFSA).

    During the first weeks of April, I was contacted by a few institutions of higher education throughout New England regarding SEVIS records that were showing as terminated for enrolled students and those on Optional Practical Training (OPT). Although I do not have direct access to the SEVIS database, the designated school officials who contacted me provided the basis for termination within that correspondence. For a listing of over fifteen students terminated in SEVIS between April 3rd and April 8th, the cause of termination was listed as "otherwise failing to maintain status". That SEVIS database cause for termination was confirmed by me directly speaking with the designated school official viewing the database. On or about April 8th, I was informed by designated school officials that the termination reason changed on multiple records to "OTHER—individual identifies in criminal records check and/or has had their VISA revoked. SEVIS Record has been terminated" and that records terminated thereafter had this alternative reason.

Respectfully submitted,

*[signature]*

Emily A White, Esq.
New Hampshire bar No. 269110
United States Court of Appeals for the First Circuit Bar No. 1197284