# EXHIBIT U

## AFFIDAVIT OF STEPHANIE MARZOUK

I, Stephanie Elona Young Marzouk, state as follows:

1. I am an attorney licensed to practice in the Commonwealth of Massachusetts (BBO# 683291). My entire practice is immigration law.

2. I have represented several international students in applying for reinstatement of student status with United States Citizenship and Immigration Services (USCIS). The students needed to apply for reinstatement because their student status had been terminated in the Student and Exchange Visitor Information System (SEVIS), the computer system that the U.S. government uses to keep track of international students. Most of these students were terminated in SEVIS because they failed to attend school or maintain a full courseload, as required by the regulations governing F-1 students. Some of these international students were also placed in removal proceedings after their SEVIS record was terminated.

3. At least one client's F-1 student visa was revoked by the Department of State. Despite the fact that the *visa* was revoked, we were able to succeed in requesting reinstatement of student *status* with USCIS, as these are separate benefits. Additionally, once USCIS had granted reinstatement to this student, the Immigration Judge granted our request to terminate the student's removal proceedings. This is because the student had regained lawful status and was therefore no longer subject to removal from the United States. However, once the student left the United States, they would need to apply for a new *visa* if they wished to return.

Signed under the pains and penalties of perjury,

_____      Dated: April 7, 2025
Stephanie Elona Young Marzouk