# EXHIBIT X





OWN A BUSINESS? EXPAND YOUR REACH AND GROW YOUR AUDIENCE BY BECOMING AN UNDERWRITER ON NHPR.



# 5 UMass Amherst students have visas revoked

New England Public Media | By Elizabeth Román

Published April 5, 2025 at 12:42 AM EDT



Nirvani Williams  /  NEPM

The UMass campus overlooking academic buildings and the W.E.B. Du Bois library [far left].

Five University of Massachusetts Amherst international students have had their visas revoked and student statuses terminated by the federal government, according to Chancellor Javier Reyes.

4/6/25, 11:10 PM
5 UMass Amherst students have visas revoked | New Hampshire Public Radio
Case 1:25-cv-00156-JL-TSM    Document 5-37    Filed 04/18/25    Page 3 of 10

In a letter addressed to the UMass community Reyes said he learned of some of the revocations Friday evening.

"In each of the five cases, the students' legal status to remain in the United States has been revoked. The university was not notified by federal authorities of these status revocations and only became aware as a result of proactive checks in the Immigration and Customs Enforcement's Student and Exchange Visitor Information System (SEVIS) database," he wrote in the letter.

Reyes said the university has reached out to each of the students and is connecting them to resources.

He added that the visas are being revoked by the Department of State and said the revocations are being attributed by federal authorities to "alleged incidents, in some cases, as minor as off-campus traffic violations."

The announcement comes on the same day as a Massachusetts U.S. District Court judge had Tufts University international student Rümeysa Öztürk's case transferred to federal court in Vermont.

It's unclear if Öztürk, who was arrested on March 25, will remain in custody in Louisiana or moved to Vermont.

Reyes is warning students on UMass-sponsored visas who receive any phone calls or emails from anyone claiming to be from the the federal government to also contact the Office of Global Affairs, which will advise them of options and resources.

He wrote that students on personal statuses such as parole, TPS, asylum, etc. should contact the Student Legal Services Office or their personal attorney.

UMass has established the Angel Fund to help meet the legal, academic, housing, living and counseling needs of students who are adversely affected by changes in federal immigration.

Reyes said he first came to the United States on a student visa program.

"I want to stress how important our international community is to the vitality of our



NHPR
BBC World Service

support as we confront this new reality," he wrote.

This is a developing story.

**Tags**  New England News Collaborative

   

# Elizabeth Román

Elizabeth Román edits daily news stories at NEPM as managing editor. She is working to expand the diversity of sources in our news coverage and is also exploring ways to create more Spanish-language news content.

See stories by Elizabeth Román

# Latest Stories



**NH News**

'We can do big things': Anti-Trump protests draw crowds across N.H. & nationwide



**NH News**

DHS email error causes stress, anxiety for New Hampshire's Ukrainian community



**NH News**

Programs aimed at reducing evictions and homelessness in Laconia face federal, state funding cuts

**NHPR**
**BBC World Service**

**NH News**

NH's first LGBTQ community center launches in Manchester

## Related Content



**NH News**

# 'We can do big things': Anti-Trump protests draw crowds across N.H. & nationwide

Todd Bookman, April 5, 2025

More than 1,000 'Hands Off' protests were organized across the country, as opponents of President Trump voiced their frustration.

**NHPR**
**BBC World Service**

4/6/25, 11:10 PM
5 UMass Amherst students have visas revoked | New Hampshire Public Radio
Case 1:25-cv-00156-JL-TSM    Document 5-37    Filed 04/18/25    Page 6 of 10



# Western Mass. protestors join thousands around the nation rallying against Trump

Elizabeth Román, April 5, 2025

Protestors joined rallies in Amherst, Easthampton, Northampton, South Hadley, Wilbraham and the Berkshires as part of a day of national mobilization.



NHPR
BBC World Service

**NH News**

# DHS email error causes stress, anxiety for New Hampshire's Ukrainian community

Lau Guzmán, April 4, 2025

The Department of Homeland Security mistakenly told Ukrainians who fled the war to leave the U.S. in a matter of days_— or face criminal charges.



**NH News**

# The head of New England's EPA office on the Trump admin's plans for the agency

Jackie Harris, April 4, 2025

The U.S. Environmental Protection Agency has tapped Mark Sanborn to be the next regional administrator for New England. Sanborn will be in charge of advancing the Trump administration's environmental agenda across New England states and federally recognized Tribal Nations.

 LISTEN • 11:15

---


NHPR
BBC World Service

4/6/25, 11:10 PM
Case 1:25-cv-00156-JL-TSM   Document 5-37   Filed 04/18/25   Page 8 of 10
5 UMass Amherst students have visas revoked | New Hampshire Public Radio



# Trump tariffs could hurt, but also create an incentive to buy local

David Wright, April 4, 2025

Local farmer's markets may help, according to food policy advocates.

## You make NHPR possible.

NHPR is nonprofit and independent. We rely on readers like you to support the local, national, and international coverage on this website. Your support makes this news available to everyone.

Give today. A monthly donation of $5 makes a real difference.

Support NHPR

**Stay Connected**



NHPR
BBC World Service

© 2025 New Hampshire Public Radio

Persons with disabilities who need assistance accessing NHPR's FCC public files, please contact us at publicfile@nhpr.org.

Contact NHPR

NHPR Radio Schedule

Careers at NHPR

Terms Of Use

Public Files

WCNH
WEVC
WEVF
WEVH
WEVJ
WEVN
WEVO
WEVQ
WEVS



NHPR
BBC World Service