# EXHIBIT BB

🇺🇸 Official website of the Department of Homeland Security

 

**Homeland Security** | **STUDY** in the **STATES**



# SEVIS HELP HUB
## Termination Reasons

[Home](#) \ [SEVIS Help Hub](#) \ [Student Records](#) \ [Completions and Terminations](#) \ **Termination Reasons**

# TERMINATION REASONS

Last updated: April 9, 2025

## Quick Links:

- [Student Termination Reasons Available in SEVIS to DSOs](#)
- [Dependent Termination Reasons Available in SEVIS to School Officials](#)
- [SEVP-Only Termination Reasons](#)

This job aid is a quick reference for termination reasons noted in the Student and Exchange Visitor Information System (SEVIS).

**[Expand All](#)** | **[Collapse All](#)**

### Student Termination Reasons Available in SEVIS to DSOs    —

---

### SEVIS Help Hub Navigation

**Student Records**

Classification of Instructional Programs (CIP)

Dependents

Request/Authorization Details

Sample Form I-20

Student Information

Certificates of Eligibility

🇺🇸 Official website of the Department of Homeland Security

 **STUDY** in the **STATES**

| | |
|---|---|
| Absent from Country for Five Months | • The student is known to be outside the United States.<br>• The student has been outside the United States for five months or longer.<br><br>**Note:** Do not use this reason for:<br><br>• A leave of absence – use Authorized Early Withdrawal.<br>• A student who fails to enroll after a break or vacation – use Failure to Enroll. |
| Authorized Drop Below Full Course Time Exceeded | Both of the following statements are true:<br><br>• A reduced course load (RCL) was approved by the DSO for the student for the previous session.<br>• The student did not enroll for a full course of study when the approved RCL period ended. |
| Authorized Early Withdrawal | The following statement is true:<br><br>• A request to withdraw from a program of study was approved for the student by a DSO.<br><br>This reason is also used if:<br><br>• The student will interrupt studies for the term. |

Complete Program

Terminate a Student

**Termination Reasons**

Corrections and Correction Requests

F/M Status

F/M Student Employment

Manage Program Dates, Registration and Course Load

Transfers

Update Student Records

SEVIS Basics

School Records



Official website of the Department of Homeland Security

**Homeland Security**  |  **STUDY in the STATES**

the term.

**Note:**

- F-1 students must leave the United States within 15 days of the termination date. This grace period does not apply to M-1 students, who must depart immediately.
- Do not use this reason to terminate a student leaving the United States during a period of earned vacation. Instead, change the next session start date on the Registration page in SEVIS to reflect the next date the student is expected to enroll.

| Change of Status Approved | The SEVIS record is in Active status and **any** of the following statements is true:<br><br>- USCIS approved the student's change of status out of F or M status.<br>- USCIS approved the student's adjustment of status to Permanent Residency.<br><br>**Note:** SEVIS will note this termination reason when the CLAIMS interface indicates USCIS approved a student's change of |
|---|---|

🇺🇸 Official website of the Department of Homeland Security

 **STUDY** in the **STATES**

| Change of Status Denied | **Students Changing to F or M Status:** DSOs should not need to use this reason. Prospective F or M status students should not be registered in SEVIS until USCIS approves the change of status to F or M status. The student's record should remain in Initial status until the adjudication is made.

**Note:** SEVIS will automatically terminate the nonimmigrant's SEVIS record for the reason above when the CLAIMS interface indicates a denial of the change of status. If it does not, terminate the record, use the reason, and explain what happened.

**Students Changing from F or M Status to another:** The SEVIS record is in Active status and all the following statements are true:

- The student applied for change out of F or M status.
- USCIS denied the application to change status.

**Note:** SEVIS will note this reason when it auto-terminates a record |



Official website of the Department of Homeland Security

🇺🇸 Official website of the Department of Homeland Security

 **Homeland Security**    **STUDY in the STATES**

|  | this reason. Prospective F or M status students should not be registered in SEVIS until USCIS approves the change of status to F or M status. The student's record should remain in Initial status until the adjudication is made. |
|---|---|
| Change of Status Withdrawn | **Note:** SEVIS will automatically terminate the nonimmigrant's SEVIS record for the reason above when the CLAIMS interface indicates a withdrawal. If it does not, terminate the record, use this reason, and explain what happened.<br><br>**Students Changing from F or M Status:** The SEVIS record is in Active status and all the following statements are true:<br><br>• The student applied for change from F or M to another nonimmigrant status.<br>• The application for the change of status was withdrawn by the student.<br><br>**Note:** SEVIS will note this reason when it auto-terminates a record because the USCIS withdrawal was received through CLAIMS. |
| Death | The student died. |

🇺🇸 Official website of the Department of Homeland Security

 **Homeland Security**   |   **STUDY** in the **STATES**

| | |
|---|---|
| | died. |
| Denied Transfer | All the following statements are true: <br><br> • The student is an M-1 student. <br> • The student's SEVIS record indicates a request to transfer. <br> • The student filed Form I-539 with USCIS for approval to transfer to new school. <br> • USCIS denied the Form I-539 approval to transfer. <br> • The program end-date at the old (transfer-out) school is in the past or the student began studying at the new (transfer-in) school. <br> • The SEVIS record is in Active status. <br><br> **Note:** SEVIS will note this reason when it auto-terminates a record because the USCIS denial is received through the CLAIMS interface. |
| Expulsion | The student was expelled from his or her current program of study. |
| Extension Denied | All the following statements are true: <br><br> • The student is in M-1 status. |

🇺🇸 Official website of the Department of Homeland Security

 **Homeland Security**    **STUDY** in the **STATES**

| | |
|---|---|
| | • The student filed Form I-539 with USCIS for approval to extend the program of study. |
| | • USCIS denied the Form I-539 request to extend the program of study. |
| | • The program end-date is in the past. |
| | • The SEVIS record is in Active status. |
| | **Note:** SEVIS will note this reason when it auto-terminates a record because the USCIS denial is received through CLAIMS. |
| Failure to Enroll | All the following statements are true: |
| | • The student is an initial or continuing student. |
| | • The SEVIS record is in initial or active status. |
| | • The student is not in a period of earned vacation. |
| | • The student fails to enroll in a full course of study the next session the student is expected. |
| | **Note:** SEVIS will note this reason to terminate a student's record if: |
| | • The DSO has not registered the student in SEVIS for the term, |

4/15/25, 10:56 AM
Case 1:25-cv-00156-JL-TSM    Document 5-21    Filed 04/18/25    Page 10 of 22
Termination Reasons | Study in the States

Official website of the Department of Homeland Security


**Homeland Security** | **STUDY** in the **STATES**

Next Session Start Date.

**Do not** use this reason if a student cannot enroll because:

- The student is suspended – use Suspension.
- The student is expelled – use Expulsion.
- The student requested an Authorized Withdrawal for that session - use Authorized Early Withdrawal.

| | |
|---|---|
| Failure to Report While on OPT | All the following statements are true:<br><br>• The student's SEVIS record is Active<br>• The student is in a period of approved 24-month OPT extension.<br>• The student has not filed the validation report with the DSO (required at 6, 12 and 18 months). |
| No Show – Manual Termination | All the following statements are true:<br><br>• The student's SEVIS record is in Initial status.<br>• The student is **not** a Transfer student. |

 Official website of the Department of Homeland Security

Homeland Security · **STUDY** in the **STATES**

States.

- The student did not report to the school by the program start date.

**Note: Do not** use this reason if a student **is** a transfer student – use Transfer Student No Show.

| | |
|---|---|
| Otherwise Failing to Maintain Status | Both of the following statements are true:<br><br>• The student has not maintained status.<br>• None of the other terminations reasons applies.<br><br>**Note:** Clearly explain how the student failed to maintain status in the Remarks field on the Terminate Student page. |
| Suspension | The student is suspended from school and can no longer maintain a full course of study. |
| Transfer Student No Show | Both of the following statements are true:<br><br>• The student transferred from another school.<br>• The student failed to report to the transfer-in school as required by the program start date. |

 **STUDY** in the **STATES**

| | terminates a transfer student's SEVIS record because: <br><br> • A DSO has not registered the student in SEVIS for the term, and <br> • The date is 60 days after the program start date. |
|---|---|
| Transfer Withdrawn | All the following statements are true: <br><br> • The student is an M-1 student. <br> • The student's SEVIS record indicates a transfer request. <br> • The student filed Form I-539 with USCIS for approval to transfer to a new school. <br> • The student withdrew his or her request to transfer with USCIS. <br> • The program end date at the transfer out school is in the past. <br> • The student's SEVIS record is in Active status. <br><br> **Note:** SEVIS will note this reason when it auto-terminates a record because the withdrawal is received from USCIS through CLAIMS. |
| Unauthorized Drop Below Full Course | Both of the following statements are true: |

🇺🇸  Official website of the Department of Homeland Security

 **STUDY** in the **STATES**

| | |
|---|---|
| | • A reduced course load was not approved by the DSO in advance. |
| Unauthorized Employment | Both of the following statements are true:<br><br>• The DSO has evidence the student is or was employed.<br>• The DSO knows the student does or did not have work permission for all or part of that employment. |
| Unauthorized Withdrawal | Both of the following statements are true:<br><br>• The student withdrew from school or stopped attending classes in the middle of a term.<br>• The student did not get prior DSO approval for the withdrawal from his or her program of study. |
| Violation of Change of Status Requirements | Both of the following statements are true:<br><br>• USCIS approved a student's change of status from B-1, B-2, or F-2 or M-2 to F-1 or M-1 status.<br>• The student began his or her full course of study before the change of status was approved by USCIS. |

 Official website of the Department of Homeland Security

**Homeland Security** | **STUDY** in the **STATES**

| Reason | Use when... |
|---|---|
| Child over 21 | All the following statements are true: <br><br> • The dependent is a child of a student. <br> • The dependent is 21 years old. <br> • The dependent's SEVIS record is in Active status. <br><br> **Note:** DSOs should not need to use this reason. SEVIS should automatically terminate these records on the dependent's 21 birthday. If it does not, use this reason to terminate the record. |
| Death | The dependent died. <br><br> **Note:** Do not use this reason if anyone else in the family died. |
| Divorce | Both of the following statements are true: <br><br> • The dependent is the spouse of a student. <br> • The student and the spouse are divorced. |
| Other | Use this option, if the correct termination reason is not in the drop-down list. |

🇺🇸 Official website of the Department of Homeland Security

 **Homeland Security** | **STUDY** in the **STATES**

| | |
|---|---|
| | provided. |
| Principal Status Completed | Both of the following statements are true:<br><br>• The dependent's record is related to a student whose SEVIS record is in Completed status.<br>• The dependent's SEVIS record is in Active status.<br><br>**Note:** SEVIS automatically terminates dependent SEVIS records for this reason when the student's SEVIS record changes to Completed. |
| Principal Status Terminated | Both of the following statements are true:<br><br>• The student's SEVIS record is in Terminated status.<br>• The dependent's SEVIS record is in Active status.<br><br>**Note:** SEVIS automatically terminates dependent SEVIS records for this reason when the student's SEVIS record changes to Terminated. |
| Status changed due to J-1 | DSOs should **NEVER** use this reason. This termination reasons is |



🇺🇸 Official website of the Department of Homeland Security

| | |
|---|---|
| Unauthorized Employment | Both of the following statements are true:<br><br>• The DSO has reliable evidence the dependent is or was employed.<br><br>• The DSO knows the dependent does not or did not have any form of work permission. |

## SEVP-Only Termination Reasons    —

| Reason | Use when... |
|---|---|
| Exceeded Unemployment Time–DHS Official | A SEVIS adjudicator may note this termination when the following apply:<br><br>• The student's SEVIS record is Active.<br><br>• The student is in the first 12 months of approved post-completion OPT and has accrued more than 90 days of unemployment.<br><br>• The student is in the additional 24-month OPT extension has accrued more than 150 days of unemployment during the |

🇺🇸 Official website of the Department of Homeland Security

 

| | |
|---|---|
| Failure to Comply with I-515A – DHS Official | A SEVIS adjudicator may note this termination when the student or dependent did not submit required I-515A paperwork by the deadline. |
| Failure to Repay the I-901 Fee Chargeback – DHS Official | A SEVIS adjudicator uses this termination reason when the student fails to pay the I-901 fee when SEVP issues a chargeback for a previously cancelled payment. |
| Failure to Report While on OPT – System Termination | SEVIS notes this termination reason if the following apply:<br><br>• The student's SEVIS record is Active.<br>• The student is in a period of approved 24-month OPT extension.<br>• The DSO has not updated SEVIS to reflect the student submitted the required validation report.<br>• The date is 32 days after the DSO's deadline to report those students who validated their information. |
| No Show-System Termination | SEVIS notes this termination reason if all the following statements are true: |

🇺🇸 Official website of the Department of Homeland Security

 **STUDY** in the **STATES**

|  | |
|---|---|
|  | • The student is not a Transfer student. <br> • The SEVIS record shows the student entered the United States. <br> • The DSO did not register the student in SEVIS. <br> • The date is 60 days past the program start date. |
| Other | A SEVIS adjudicator uses this termination reason when no other reasons apply. |
| School Withdrawn | SEVIS notes this termination reason on student SEVIS records when the school loses SEVP certification and is withdrawn by SEVP. |
| Violation of Change of Status Requirements – System Termination | SEVIS notes this termination reason if the following apply: <br> • The student's SEVIS record is Active. <br> • USCIS sends the change of status approval to F-1 or M-1 to SEVIS via CLAIMS. |
| Change of Status Approved – System Termination | The SEVIS record is in Active status and both statements are true: |



Official website of the Department of Homeland Security

**Homeland Security** | **STUDY** in the **STATES**

| | |
|---|---|
| | out of F or M status. |
| | • The new status start date is before the student's SEVIS program end date. |
| | **Note:** SEVIS will auto-complete the active record to Change of Status Approved, if the benefit start date is on or after the student's SEVIS program end date. |

# WHAT'S NEW



## Try the Facebook Chatbot

Visit the tool on the Study in the States Facebook page to learn how to become an F or M international student in the United States.

[Read more on the blog](#)



## Employment

While employed this summer, make sure you have all the relevant information on maintaining your student status, and the steps you must take before returning to school.

[Read more on the blog](#)

# ICON GUIDE

See the SEVIS Help Icons on the SEVIS Help Hub for a quick-reference of the icons used in this user guide.

## I'm Looking For



 Official website of the Department of Homeland Security



# CONTACT US

 SEVP Response Center

703-603-3400

 Monday - Friday
8:00 a.m. to 6:00 p.m. ET,
except holidays

 SEVP@ice.dhs.gov

 ICE Tip Line

1-866-DHS-2-ICE

## Was This Helpful?

Please provide feedback on this page.

◯ Yes    ◯ No

**Submit**

🇺🇸 Official website of the Department of Homeland Security



## About

[About Study in the States](#)

[About SEVIS](#)

[Contact Us](#)

## Help

[Accessibility](#)

[Metrics](#)

[Privacy Policy](#)

[Site Index](#)

## Partners

[Department of State](#)

[Department of Education](#)

[Department of Commerce](#)

[Department of Labor](#)

[Department of Justice](#)

