# EXHIBIT CC



Home \ SEVIS Help Hub \ Student Records \ Completions and Terminations \
Terminate a Student

# TERMINATE A STUDENT

Last updated: November 7, 2024

## Quick Links:

- Overview
- Effects of Termination
- Grace Periods after a Termination
- Termination versus Other End of Program Actions
- Terminate a Student Record
- Manage Terminated Records

Expand All | Collapse All

Official website of the Department of Homeland Security

**SEVIS Help Hub Navigation**

| Student Records |
| Classification of Instructional Programs (CIP) |
| Dependents |
| Request/Authorization Details |
| Sample Form I-20 |
| Certificates of Eligibility |

A terminated record in the Student and Exchange Visitor Information System (SEVIS) could indicate that the nonimmigrant no longer maintains F or M status. Designated

school officials (DSOs) mostly terminate F-1/M-1 students and/or F-2/M-2 dependents who do not maintain their status. However, termination is not always negative. DSOs can terminate records for several normal, administrative reasons.

Prior to terminating a record be sure:

- Termination is the proper action to take.
- To use the right termination reason.

It is possible to terminate F-2 or M-2 records independently of their primary F-1 or M-1 student.

For more information on SEVIS terminations, see SEVIS Help Hub articles:

- [Termination Reasons](#)
- [Terminate a Dependent](#)

### Effects of Termination  −


is terminated, the following happens:

**Sidebar:**
- **Completions and Terminations**
  - Complete Program
  - **Terminate a Student**
  - Termination Reasons
- Corrections and Correction Requests
- F/M Status
- F/M Student Employment
- Manage Program Dates, Registration and Course Load
- Transfers
- Update Student Records
- SEVIS Basics

- Student loses all on-and/or off-campus employment authorization.
- Student cannot re-enter the United States on the terminated SEVIS record.
- Immigration and Customs Enforcement (ICE) agents may investigate to confirm the departure of the student.
- Any associated F-2 or M-2 dependent records are terminated.

## Grace Periods after a Termination —

Depending on the termination reason, there may be a grace period during which a student and dependents must depart the United States or apply for reinstatement.

| Termination Reason | Duration of Status |
|---|---|
| Termination | - **No grace period.**<br>- If the student and dependents are [...]<br>States immediately. |



Official website of the Department of Homeland Security

Homeland Security | STUDY in the STATES

| Termination Reason | Duration of Status |
|---|---|
| **Authorized Early Withdrawal** | Student and any accompanying dependents must leave the United States within 15 days of termination date.<br><br>**Important Note**: This grace period only applies to F-1 students and their dependents. It does not apply to M-1/M-2 students and dependents. |
| **Change of Status Approved** | <ul><li>Student F 1/M 1 status ends, and student enters newly authorized immigration status.</li><li>Student must follow the authorized stay requirements of the new immigration status.</li></ul> |
| **Change of Status Denied** | <ul><li>Nonimmigrant requests a change of status (COS) to F 1 or M 1 and is denied.</li><li>If the nonimmigrant has maintained the current status while the COS to F/M was pending, the student remains in previous nonimmigrant status and must follow the authorized stay</li></ul> |



Official website of the Department of Homeland Security

**Homeland Security** | **STUDY in the STATES**

214.2(f)(5)(iv)

## Termination versus Other End of Program Actions

The table below lists the program ending actions and when a DSO should use them:

| Action | Use It When |
| --- | --- |
| **Cancel SEVIS Record in Initial Status** | - The record is in Initial status.<br>- The student has not/will not use the Initial Attendance Form I-20 to enter the United States.<br><br>**Note:** This cancels all associated dependent records. |
| **Complete Program** | - The record is Active.<br>- The student has both:<br>  - Graduated or completed his/her course of study<br>  - Left or plans to leave the United States in the immediate future. |
| **Shorten Program** | - The record is Active.<br>- The student will finish the program earlier than the current |

🇺🇸 Official website of the Department of Homeland Security



status.
- The student did not maintain F/M status per regulations.

| Action | Use It When |
|---|---|
| | Important Note: A DSO can manually terminate a canceled record, but the action will show as a correction in event history. |

## Terminate a Student Record —

To terminate a record in Initial or Active status:

1. Go to the *Student Information* page.



2. Click **Terminate Student**. The *Terminate Student* page opens.

Official website of the Department of Homeland Security

Homeland Security | STUDY in the STATES

[Screenshot of Terminate Student form for F-1 Student Trottier, Alice, SEVIS ID: N0004684777, showing Termination Reason dropdown and Remarks field]

You cannot terminate the Initial record of a student, who is requesting a change of education level, if the previous record is still Active. In this case, from the *Student Information* page you must:

- **First**: Cancel Change Education Level for the Active record.
- **Second**: Terminate the Active record.

 Official website of the Department of Homeland Security

Homeland Security | STUDY in the STATES



3. Select a **Termination Reason** from the drop-down list.

- **Absent from Country for Five Months**
- **Authorized Drop Below Full Course Time Exceeded**
- **Authorized Early Withdrawal**
- **Change of Status Approved**
- **Change of Status Denied**

 Official website of the Department of Homeland Security

- **Expulsion**
- **Extension Denied**

- **Failure to Enroll**
- **Failure to Report While on OPT**
- **No Show – Manual Termination**
- **Otherwise Failing to Maintain Status:** If you select this termination reason, enter an explanation in the text box provided.
- **Suspension**
- **Transfer Student No Show**
- **Transfer Withdrawn (M-1 student only)**
- **Unauthorized Drop Below Full Course**
- **Unauthorized Employment**
- **Unauthorized Withdrawal**
- **Violation of Change of Status Requirements**

> See Student Termination Reasons Available in SEVIS to DSOs in SEVIS Help Hub Termination Reasons article for a detailed description of the termination reasons.

4. Enter any optional comments in the **Remarks** field. This field has a 1,000-character limit.

> Comments entered in the


Official website of the Department of Homeland Security

5. Click one of the following:

- **Terminate Student**: Terminates the student. A *Confirm* page opens.



- Click **No** to cancel the action and return to the *Student Information* page.
- Click **Yes** to proceed with the student's termination. An *Update Successful* page opens.



- Click **Return to View Record** to view the *Student Information* page.
- Click **Print I-20** to print a copy of the student's Form I-20.
- **Reset Values**: Clears all fields on the page.
- **Cancel**: Cancels the termination action and return to the

  Official website of the Department of Homeland Security

Homeland Security | STUDY in the STATES

**Manage Terminated Records**

You may need to take one of the following actions on terminated SEVIS records:

- View lists of students in terminated status or soon to be terminated:

  - Students Terminated Due to Change of Status Approved
  - Students Terminated Due to Change of Status Denied
  - Students Within 45 Days of Termination
  - Terminated Students Nearing their Reinstatement Deadline
  - Terminated Status Students (in past 18 months)

- Correct Termination Reason, if the termination reason in SEVIS is wrong.

- Correct Student SEVIS Status, if the record was terminated:

  - For authorized early withdrawal and the student is returning after an absence of less than five months.
  - Incorrectly by a DSO, SEVIS, or a government official.

- Request Reinstatement if the student violated status and will try to regain status without leaving the United States.

- See 8 CFR 214.2(f)(16)(i) for F-1 eligibility criteria.
- See 8 CFR 214.2(m)(16)(i)

Official website of the Department of Homeland Security



See the Reinstatement article.

Create a new Form I-20 for initial attendance if the student violated status and will regain status by leaving the United States and re-entering on a new Form I-20.

> Regaining status through travel will restart that student's F-1 or M-1 status and benefits clock over again.
>
> **Note**: You must create a new SEVIS record, and the student must pay the I 901 SEVIS fee again.

# WHAT'S NEW



## Try the Facebook Chatbot

Visit the tool on the Study in the States Facebook page to learn how to become an F or M international student in the United States.

Read more on the blog

Official website of the Department of Homeland Security





## Learn About Summer Employment

While employed this summer, make sure you have all the relevant information on maintaining your student status, and the steps you must take before returning to school.

Read more on the blog

# ICON GUIDE

See the SEVIS Help Icons on the SEVIS Help Hub for a quick-reference of the icons used in this user guide.

 Official website of the Department of Homeland Security

Homeland Security | STUDY in the STATES



# CONTACT US



SEVP Response Center

703-603-3400



Monday - Friday

8:00 a.m. to 6:00 p.m. ET, except holidays



SEVP@ice.dhs.gov



ICE Tip Line

1-866-DHS-2-ICE

## Was This Helpful?

Please provide feedback on this page.

◯ Yes    ◯ No

 Official website of the Department of Homeland Security

**Homeland Security** | **STUDY in the STATES**



| About | Help | Partners |
|---|---|---|
| About Study in the States | Accessibility | Department of State |
| About SEVIS | Metrics | Department of Education |
| Contact Us | Privacy Policy | Department of Commerce |
|  | Site Index | Department of Labor |
|  |  | Department of Justice |

