# EXHIBIT DD

Home SEVIS Help Hub Student Records Dependents Terminate or Reactivate a Dependent Record

# TERMINATE OR REACTIVATE A DEPENDENT RECORD

Last updated: March 17, 2023

## Quick Links:

- Overview
- Effects of Termination
- Grace Periods after a Termination
- Terminate or Reactivate a Dependent Record
- Update Financial Information for Dependent
- Reactivate a Terminated Dependent

Expand All | Collapse All

## Overview −

The Student and Exchange Visitor Information System (SEVIS) automatically takes the same action on any associated F-2/M-2 dependent records when the primary student record is terminated or completed. In SEVIS, the status of a dependent record follows the status of the F-1 or M-1 student. When the student record changes from one status to another, such as from "Active" to "Terminated" status, so too does the dependent's record. However, the designated school official (DSO) can terminate or reactivate a dependent's SEVIS record independently from the primary's SEVIS record.

 When a dependent is terminated in SEVIS, it means that dependent is no longer eligible for F-2 or M-2 status.

Dependent records can be terminated three ways:

- SEVIS auto-terminates the record when the student's F-1 or M-1 record is terminated.
- SEVIS auto-terminates when a child turns 21 years old.
- DSO manually terminates the record separately from the primary F-1 student.

For detailed information on terminating a student, see the SEVIS Help Hub articles:

- Terminate a Student
- Termination Reasons

## Effects of Termination −

When a SEVIS dependent record is terminated:



- Dependent cannot re-enter the United States on the terminated SEVIS record.
- Immigration and Customs Enforcement (ICE) agents may investigate to confirm the departure of the dependent.
- Grace period regulations for F-1/M-1 primary students may apply to dependents.



For more information, see the SEVIS Help Hub article Terminate a Student.

## Grace Periods after a Termination

Depending on the termination reason, there may be a grace period during which a student and/or dependents must depart the United States. Only primaries are eligible to apply for reinstatement.

| Termination Reason | Duration of Status |
| --- | --- |
| **Termination for any violation of status** | **No grace period.**<br>• If the student is terminated and the student and/or any dependents are still in the United States, the student must apply for reinstatement, or student and/or dependents must leave the United States immediately.<br>• If the dependent is terminated independently of the student, the dependent must leave the United States immediately. |
| **Authorized Early Withdrawal** | Only the primary student can be terminated with an Authorized Early Withdrawal. Student and/or any accompanying dependents must leave the United States within 15 days of termination date.<br><br>**Important Note**: This grace period only applies to F-1 students and their dependents. It does not apply to M-1/M-2 students and dependents. |
| **Change of Status Approved** | • Dependent F-2/M-2 status ends and dependent enters newly authorized status.<br>• Dependent must follow the authorized stay requirements of the new immigration status. |



*Preparation for Departure* 8 CFR 214.2(f)(5)(iv)

## Terminate or Reactivate a Dependent Record

To manually terminate or reactivate a dependent's record in SEVIS:

1. Go to the *Student Information* page.



2. Click **Edit** in the Dependents section. The *Dependents* page opens.



3. Click **Terminate** in the Commands column for the appropriate dependent. The *Terminate Dependent* page opens.

4. Select a reason from the Termination Reason drop-down list:

- **Child Over 21**: Dependent child is over 21 years old.

4/15/25, 6:07 PM
Case 1:25-cv-00156-JL-TSM    Document 5-33    Filed 04/18/25    Page 5 of 9
Terminate or Reactivate a Dependent Record | Study in the States

- **Death**: Dependent died.
- **Divorce**: Primary student is divorced from dependent.
- **Other**: Use this option if the correct termination reason is not in the drop-down list.

>  If you select **Other**, you must enter an explanation in the text box provided.

- **Principal Status Completed**: Primary student record is completed.
- **Principal Status Terminated**: Primary student record is terminated.
- **Unauthorized Employment**: Dependent's employment is unauthorized.

5. Click one of the following:

- **Cancel**: Cancels the termination action and returns to the Student Information page.
- **Reset Values**: Clears all fields on the page.
- **Terminate Dependent**:
    - Terminates the dependent's record. An *Update Successful* page opens with the message that expenses for this dependent must be updated in the student's financial information.



Click **Return to View Record**. The *Student Information* page opens.

## Update Financial Information for Dependent

To update the **Expenses for Dependents** field on the student's *Financial Information* page.

1. Go to the *Student Information* page.



2. Click **Edit** in the Financial section. The *Update Financial Information* page opens



3. Update the **Expenses for Dependents** field.

4. Click one of the following:

- **Print Draft I-20**: Prints a draft Form I-20 for the student and any remaining dependents, if any, before the expenses are updated.
- **Cancel**: Cancels the update and opens the *Student Information* page.
- **Update**: Updates the student's financial information. An *Update Successful* page opens.



- Click **Print I-20**. Prints a Form I-20 for the student and any remaining dependents, if any, with the updated expenses.



- Students or dependents are expected to keep all Forms I-20 issued during the student's academic career.
- When information on the Form I-20 changes, it is best to give a new copy to the student or dependent.
- Find information on allowable electronic signatures and Form I-20 transmission in SEVP's policy guidance [Use of Electronic Signatures and Transmission for the Form I-20](#).

- Click **Return to View Record**. The Student Information page opens.

### Reactivate a Terminated Dependent

There are several ways to reactivate the SEVIS status for a terminated dependent:

- DSOs can manually reactivate a dependent record, if the primary student record is active.
- SEVIS automatically reactivates the dependent record when the student record is reinstated, assuming both:
  - The dependent's record terminated when the student's record terminated.
  - The student applied for reinstatement.



For the automatic reactivation, the dependent must be included in the student's reinstatement paperwork—that is, listed as a dependent who needs reinstatement to Active status too. If the dependent is left off the reinstatement paperwork, that dependent would not be automatically reactivated, if the reinstatement is approved.

For more information on managing a terminated student's SEVIS record, see the SEVIS Help Hub article [Terminate a Student](#).

- Possible data fix, if the other two options are not available and the record should be active.

To manually reactivate a dependent in SEVIS:

1. Go to the *Student Information* page.



2. Click **Edit** in the Dependents section. The *Dependents* page opens



3. Click **Reactivate** for the desired dependent. The *Reactivate Dependents* page opens



4. Click one of the following:

- **Cancel**: Cancels the reactivation action and returns to the *Student Information* page.
- **Reactivate Dependent**:
  - Reactivates the terminated dependent. An *Update Successful* page opens with the message that expenses for this dependent must be updated in the student's financial information.



- Click **Print I-20**. Prints a Form I-20 for the reactivated dependent.
- Click **Return to View Record**. The *Student Information* page opens.

> - Update student financials after reactivating a dependent.
> - See the Update Financial Information for Dependent section earlier in this article for guidance on updating the dependent's expenses in the student's Financial Information page.