# EXHIBIT FF

4/18/25, 10:53 AM NAFSA Releases Initial Analysis of Visa Revocations and other Actions Targeting International Students and Scholars | NAFSA

Case 1:25-cv-00156-JL-TSM    Document 5-35    Filed 04/18/25    Page 2 of 4

📅 **April 10, 2025**

**Contacts:**    Erica L. Stewart

**FOR IMMEDIATE RELEASE**

Washington – Since mid-March, NAFSA: Association of International Educators has been collecting reports of international students and scholars having their visas revoked, their record terminated in SEVIS, and/or being arrested and detained. Based on its initial analysis of these reports, extensive conversations with its members, and consultation with immigration attorneys, NAFSA is able to provide some preliminary information about the size, scale, and nature of the enforcement actions affecting international students and scholars in the United States.

- As of April 10, there have been more than 800 reports of international students and scholars either having their visa revoked and/or their record in SEVIS terminated. This tally will be updated on an ongoing basis.
- Undergraduate, graduate, and Optional Practical Training (OPT)/STEM OPT students are affected.
- There is no clear pattern or trend in terms of nationality of student. Students from all regions of the world are being impacted.
- The visa revocations and SEVIS record terminations are happening to students at all types of higher education institutions, from community colleges to R-1 research institutions and in all regions of the United States.
- The cause given for the SEVIS record terminations has changed. The termination reason used when NAFSA first became aware of the terminations was "Otherwise Failing to Maintain Status" with notations to specific Immigration and Naturalization Act (INA) provisions as the basis for the record terminations. Some terminations referenced an INA provision related to "potentially serious adverse foreign policy consequences." Others cited a "criminal records check" and a general INA provision related to failure to maintain status or comply with conditions of status. Now the termination reasons have been changed to "Other" with a vague reference to a criminal records check "and/or" a visa revocation, but no citations to the INA.
- There is still no transparency into the grounds for these revocations, nor is there any clear process for determining what the charges are against the student. Due process is woefully absent.

The potential ramifications of these enforcements are significant. As Fanta Aw, Executive Director and CEO of NAFSA: Association of International Educators said in a press release issued by the U.S. for Success Coalition, "International students fuel American innovation, foster cultural exchange, and enhance our national security by deepening global understanding. It is in our national interest to ensure they can continue contributing to our nation's prosperity and security. International students are the most tracked and vetted visitors to this country. Deterring them from choosing the United

4/18/25, 10:53 AM NAFSA Releases Initial Analysis of Visa Revocations and other Actions Targeting International Students and Scholars | NAFSA

Case 1:25-cv-00156-JL-TSM    Document 5-35    Filed 04/18/25    Page 3 of 4

States will not make us safer but will certainly deprive us of global talent at a time when competition for these students is increasing around the world."

The U.S. for Success Coalition, of which NAFSA is a founding member, is calling on Congress to press the administration to avoid immigration actions and travel restrictions that jeopardize America's global strength in attracting the world's best and brightest to U.S. colleges and universities. New survey results show that interest in U.S. postgraduate education has plunged 40 percent since January 2025 while there is rising interest in Germany, France, and China as a study destination.

The Coalition invites students and leaders from all sectors—including higher education, foreign policy, and business—to reach out to their members of Congress with the message that the administration should make it a national priority to welcome international students and scholars to study and succeed here.

NAFSA will continue to closely monitor the situation and actively gather information to better understand the scope and circumstances of these actions. As NAFSA members seek to comply with visa and immigration laws and policies, NAFSA's priority remains advocating for policies and practices that ensure the safety, dignity, and rights of all international students and scholars. We will engage with relevant authorities and partners to seek clarity and support a transparent process.

###

**About NAFSA: Association of International Educators**
NAFSA: Association of International Educators is the world's largest and most comprehensive nonprofit association dedicated to international education and exchange. NAFSA promotes policies that ensure the continued growth and impact of global learning, cultural exchange, and mutual understanding through study abroad, international student services, and campus internationalization. With a network of more than 10,000 professionals in the field at more than 3,500 institutions in more than 150 countries, NAFSA is committed to fostering a more globally connected and peaceful world. nafsa.org.

4/18/25, 10:53 AM NAFSA Releases Initial Analysis of Visa Revocations and other Actions Targeting international Students and Scholars | NAFSA

Case 1:25-cv-00156-JL-TSM    Document 5-35    Filed 04/18/25    Page 4 of 4



**NAFSA: Association of International Educators**

**Phone:** 1.202.737.3699

1425 K Street, NW, Suite 1200, Washington, DC 20005

Copyright 1998-2024. NAFSA. All Rights Reserved.

Terms of Use | Privacy Policy | Accessibility