# EXHIBIT GG

# Trump is revoking student visas. How many foreign students are there in New England?

By Danny McDonald, Scooty Nickerson and Sean Cotter Globe Staff, Updated April 11, 2025, 5:39 p.m.



Graduates waved flags at the Northeastern University graduation in 2019. SUZANNE KREITER/GLOBE STAFF

It was an immigration case with potentially wide-ranging implications: a Tufts graduate student swarmed and then taken into custody on March 25 by masked ICE agents outside her Somerville apartment. Four days earlier, the Trump administration had quietly revoked Rümeysa Öztürk's student visa, according to court filings.

Ozturk's case and others like it, including that of Columbia University graduate student [Mahmoud Khalil](), were at the center of the Trump administration's attempt to deport certain students who supported, in various degrees, the pro-Palestinian protest movement.

But since their detention, international students across the country have had their [student visas revoked]() by the federal government for reasons that seem to range from speaking out against the war in Gaza to having past misdemeanors. Some students say [they have no criminal]() record at all.

"We're getting 10 to 12 calls a day about revocations," said Vanessa Reynolds, a paralegal in the law office of Boston-based immigration lawyer Giselle M. Rodriguez. "There's no common denominator — there's no one country, there's no common college, there's no area of study."

## Student visas revoked across New England

Reported counts as of April 17 for current students and graduates, by New England institution. Breakdowns of the total are shown where available.

| Institution | State | Current students | Graduates | Total visas revoked ▼ |
|---|---|---|---|---|
| Northeastern University | MA | 18 | 22 | 40 |
| UMass Amherst | MA | | | 13 |
| University of Connecticut | CT | 12 | 1 | 13 |
| Harvard University | MA | 7 | 5 | 12 |
| Clark University | MA | 12 | | 12 |
| UMass Boston | MA | | | 11 |
| Tufts University | MA | 2 | 7 | 9 |
| MIT | MA | | | 9 |
| Bentley University | MA | | 5 | 5 |
| UMass Dartmouth | MA | 1 | 4 | 5 |
| Worcester Polytechnic Institute | MA | | | 4 |
| University of New Hampshire | NH | | 3 | 3 |
| Dartmouth College | NH | 1 | 1 | 2 |
| Emerson College | MA | 1 | | 1 |
| UMass Lowell | MA | 1 | | 1 |
| Bridgewater State | MA | 1 | | 1 |
| Rhode Island School of Design | RI | | | 1 |

She said they all say they receive revocation notice by email and letter, telling them they must leave by a date three or four weeks in the future. The letters offer little to no reason why.

In Massachusetts, more than 78,000 international students hold visas, the third highest in the US. Nationwide, students from India and China comprise more than half of all student visa holders, with South Korea a distant third.

# Student visa types

Before these past few months, student visas underpinned a stable process in which foreigners came to the U.S. for school or research, according to legal advocates.

Julia Gelatt, associate director of the US immigration policy program at the Migration Policy Institute, said there are two main types of student visas. An "F," by far the most common, is the type of visa for students who are attending college or university in the US to obtain. It can also be used for K-12 education and specialty schools such as seminaries and conservatories. An "M" visa is for vocational and nonacademic training.

In fiscal year 2023, the US issued more than 445,000 student "F" visas, and only 6,000-plus of the "M" visas, said Gelatt. For the traditional students, visa-seekers have to be accepted to a school and the school has to be recognized by the US government as a visa sponsor, she said. Typically, in such cases, a student would apply for the visa at an American consulate or embassy in their home country.

Grounds for denial, said Gelatt, can be various. Anecdotally, she said, sometimes students from China are denied a visa if they are closely connected with their government and their research area could touch upon emerging or military technology here, she said. More common, she said, are denials in cases where someone doesn't or can't show they have a plan to return home after their studies. Student visa applicants have to prove they have "non-immigrant intent."

"Many students do want to stay and that's good for the United States but they have to at least show there's somewhere to go home to, that they would be able to go home at the end of the program," said Gelatt.

Student visas, she said, benefit the US in different ways, including acting as a feeder system for the nation's labor market, as well as a source of revenue. Additionally, it can

be a form of soft power, as international students return home feeling kinship and goodwill toward the nation and Americans, she said.

A student visa can be divorced from an individual's immigration status, said Gelatt, but in the recent spate of student deportations, federal authorities were revoking both, she said.

## By the numbers

According to a Globe analysis, Massachusetts had by far the largest number of international students of any New England state, at around 79,000, according to data collected last month by the Department of Homeland Security. New Hampshire, meanwhile, had approximately 5,600 international students, while Rhode Island had 4,900.

**Top 10 states where international students studied in March 2025**

| State | Students |
| --- | --- |
| California | 154,414 |
| New York | 135,581 |
| Massachuset | 78,818 |
| Texas | 76,365 |
| Florida | 56,890 |
| Illinois | 53,688 |
| Pennsylvania | 49,834 |
| Ohio | 32,188 |
| Michigan | 32,092 |
| Georgia | 26,857 |

Chart: SCOOTY NICKERSON/GLOBE STAFF • Source: US Department of Homeland Security

Massachusetts reported the third highest tally of any US state, behind only California, at around 154,000 students and New York, at around 136,000. Perhaps unsurprisingly, many of the states with large international student populations are also home to a number of major universities and have large student populations generally.

4/18/25, 10:53 AM
Case 1:25-cv-00156-JL-TSM    Document 5-36    Filed 04/18/25    Page 7 of 8
Revoked student visas, affects MA most due to int.l students

Of the international students studying in the US, more than half came from either India (29%) or China (25%) last academic year, according to estimates by the research group Open Doors, which is sponsored by the US Department of State. South Korea, Canada, and Taiwan were also frequent countries of origin for international students, but fell far short of both China and India.

### Countries where international students come from

Data from the 2023-2024 academic year.

| Country | International students | Share of total |
| --- | --- | --- |
| India | 331,602 | 29% |
| China | 277,398 | 25% |
| South Korea | 43,149 | 4% |
| Canada | 28,998 | 3% |
| Taiwan | 23,157 | 2% |
| Vietnam | 22,066 | 2% |
| Nigeria | 20,029 | 2% |
| Bangladesh | 17,099 | 2% |
| Brazil | 16,877 | 2% |
| Nepal | 16,742 | 2% |

Table: SCOOTY NICKERSON/GLOBE STAFF • Source: IIE Open Doors

## Rationale for cancellation?

Currently, two themes among students facing deportation are campus activism related to Israel and Gaza, and students who had some sort of law enforcement infraction, even as minor as a traffic ticket or charges that were dropped, said Gelatt of the Migration Policy Institute.

"For many students, they might have pretty limited options," she said.

Kerry Doyle, a longtime Boston-based immigration attorney who served as a legal adviser to US Immigration and Customs Enforcement during the Biden administration, said it's not clear whose visas are chosen for cancelation, though many of the cases she's dealt with recently have involved people who have been charged with crimes that, in many cases, were later dismissed.

"You're seeing these incongruous, weird scenarios," said Doyle, now of counsel at Green and Spiegel. "Recent revocations haven't even been public about political beliefs."

Danny McDonald can be reached at daniel.mcdonald@globe.com. Follow him @Danny__McDonald. Scooty Nickerson can be reached at scooty.nickerson@globe.com. Sean Cotter can be reached at sean.cotter@globe.com. Follow him @cotterreporter.

 Show 74 comments

©2025 Boston Globe Media Partners, LLC