# EXHIBIT HH

# International Student Visas Revoked

As of April 18, over 240 colleges and universities have identified 1,550-plus international students and recent graduates who have had their legal status changed by the State Department.

4/5 Articles remaining this month. **Sign up for a free account or log in.**

Public    Private





Source: Inside Higher Ed analysis, Ashley Mowreader/Inside Higher Ed, Anika Arora Seth • Some institutions have shared publicly that students have lost visas but have yet to disclose the number of students impacted. These are documented on the map, but the number is unknown.
Download data



4/5  Articles remaining this month.   **Sign up for a free account or log in.**

# Explosion of Visa Terminations

More than 1,000 students have lost their F-1 or J-1 student status as part of the Trump administration's crackdown on immigration and alleged antisemitism, according to news reports and college statements. That's far higher than Secretary of State Marco Rubio's initial estimate of 300 students. (Scroll down for the full list of institutions of where students are affected.)

Rubio alleged students sought entrance into the U.S. "not just to study but to participate in movements that vandalize universities, harass students, take over buildings and cause chaos." But aside from a few high-profile examples, it's not clear exactly why most of the students have lost their legal status.

As students and colleges grapple with the changing legal landscape, lawsuits are starting to pile up. In at least 16 legal challenges, students argue that without their student status, they can't stay in the country or work. The terminations are "arbitrary, capricious, an abuse of discretion, and not otherwise in accordance with law and the Constitution," argues one lawsuit filed April 15.

Based on public reports and direct correspondence, *Inside Higher Ed* has compiled a data set of colleges and universities across the nation that have indicated visa revocations for current students or recent alumni. The database was first published April 8 and will be updated at least twice a day.

> *Questions, comments or insights into other changes? Email ashley.mowreader@insidehighered.com.*

## More Coverage of International Students in 2025

**4/5** Articles remaining this month.    **Sign up for a free account or log in.**

- Trump Admin Downplays Impact of Terminating International Students From Key Database

- Student Visa Dragnet Reaches Small Colleges

- Smashing the Student Visa System

- International Enrollment's Precarious Moment

- 'Palpable Fear' Hangs Over International Students

4/5 Articles remaining this month. **Sign up for a free account or log in.**

# Total known students: 1,556

*numbers as of 9 a.m. EDT on April 18

Search...

| Institution | State | No. of visas revoked | Source link |
|---|---|---|---|
| Appalachian State University | North Carolina | 1 | Click here |
| Arizona State University | Arizona | 100 | Click here |
| Augusta College | Illnois | 3 | Click here |
| Babson College | Massachusetts | unknown | Click here |
| Baylor University | Texas | 3 | Click here |
| Berklee College of Music | Massachusetts | 3 | Click here |
| Binghamton University | New York | 5 | Click here |
| Boston University | Massachusetts | unknown | Click here |
| Bowling Green State University | Ohio | 1 | Click here |
| Bridgewater State University | Massachusetts | 1 | Click here |
| Brigham Young University | Utah | 1 | Click here |
| Brown University | Rhode Island | unknown | Click here |
| California Polytechnic State University, San Luis Obispo | California | 4 | Click here |
| California State University, Fullerton | California | 4 | Click here |
| California State University, Long Beach | California | 6 | Click here |

‹ 1 / 17 ›

**4/5** Articles remaining this month. **Sign up for a free account or log in.**

calculation, for clarity (and my sanity). A number with an asterisk indicates a positive change in the count, such as a visa reinstatement.

✳ A Flourish table

## Written By

Ashley Mowreader

Copyright © 2025 Inside Higher Ed All rights reserved. |

4/5 Articles remaining this month. **Sign up for a free account or log in.**