# EXHIBIT JJ

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

XINYUAN WU, *et al.*,

       *Plaintiffs*,

 – against –

TODD M. LYONS,

       *Defendant.*

**TEMPORARY RESTRAINING ORDER**
25-cv-01979 (NCM)

**NATASHA C. MERLE**, United States District Judge:

  **WHEREAS**, upon review of plaintiffs' motion for a temporary restraining order, the accompanying declarations and the exhibits attached thereto, the memorandum of law submitted in support, as well as the parties' arguments raised during the April 11, 2025, hearing on plaintiffs' motion, and for good cause shown; and

  **WHEREAS**, for the reasons set forth on the record, the Court finds that plaintiffs have shown by a preponderance of the evidence a likelihood of success on the merits of their claim pursuant to the Administrative Procedure Act, 5 U.S.C. §§ 551, *et seq.*, that plaintiffs will likely suffer irreparable harm which cannot be remedied by money damages, and that the balance of hardships and public interest weigh in favor of temporary injunctive relief; it is hereby

  **ORDERED** that, pending further order of this Court, defendant is enjoined from terminating plaintiff Wu's Student and Exchange Visitor Information System ("SEVIS") record and F-1 visa status; and it is further

**ORDERED** that, pending further order of this Court, defendant must set aside its decision to terminate plaintiffs' visa statuses and plaintiff Wu's SEVIS record; and it is further

**ORDERED** that this temporary restraining order shall be in effect for a period of fourteen (14) days from the entry hereof, after which it shall expire absent further order of the Court; and it is further

**ORDERED** that the bond requirement of Rule 65(c) is waived; and it is finally

ORDERED that by April 16, 2025, the parties shall meet and confer and submit an appropriate briefing schedule for plaintiffs' motion for a preliminary injunction, which must conclude no later than April 22, 2025, so that the Court may hold a hearing by April 24, 2025, if necessary.

                                                   /s/ Natasha C. Merle
                                                  NATASHA C. MERLE
                                                  United States District Judge

Issued:       April 11, 2025
                  Brooklyn, New York