UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE

| | |
|---|---|
| **MANIKANTA PASULA, LIKHITH BABU GORRELA, THANUJ KUMAR GUMMADAVELLI, HANGRUI ZHANG**, and **HAOYANG AN**, on behalf of themselves and all those similarly situated,<br><br>    Plaintiffs,<br><br>v.<br><br>U.S. DEPARTMENT OF HOMELAND SECURITY;<br><br>U.S. IMMIGRATION AND CUSTOMS ENFORCEMENT;<br><br>U.S. IMMIGRATION AND CUSTOMS ENFORCEMENT, BOSTON FIELD OFFICE;<br><br>U.S. IMMIGRATION AND CUSTOMS ENFORCEMENT, MANCHESTER SUB-FIELD OFFICE;<br><br>**KRISTI NOEM**, Secretary of the Department of Homeland Security;<br><br>**TODD LYONS**, Acting Director of the Immigration and Customs Enforcement;<br>    Defendants. | No. 1:25-cv-156-SE-TSM |

**PLAINTIFFS' ADDENDUM SUBMITTING ADDITIONAL EXHIBITS
IN SUPPORT OF PLAINTIFFS' MOTION FOR PRELIMINARY INJUNCTION**

Plaintiffs respectfully file this Addendum Submitting Additional Exhibits in support of Plaintiffs' Motion for Preliminary Injunction. The additional exhibits are as follows:

- Exhibit MM is an email from the Rivier University about the change of the SEVIS termination reasons from "OTHERWISE FAILING TO MAINTAIN STATUS" to "OTHER." The SEVIS record screenshot for the Rivier University students

1

including Plaintiff Manikanta Pasula and Plaintiff Likhith Gorrela. This is consistent with the SEVIS termination reason for Plaintiff Thanuj Kumar Gummadavelli. *Cf.* Docket Number (DN) 5-12 (Ex. I) at 3 ¶9; DN 5-13 (Ex. J).

- Exhibit NN is an updated expert declaration from Attorney Dahlia M. French. Attorney French added paragraphs 17, 18, and 19. Otherwise, the rest of the paragraphs are identical to the earlier declaration. *Cf.* DN 5-22 (Ex. S).

- Exhibit OO is a copy of the updated SEVIS record termination reason for Plaintiff Thanuj Kumar Gummadavelli. The April 9, 2025 updated SEVIS record termination indicates "OTHER – Individual identified in criminal records check and/or has had their VISA revoked. SEVIS record has been terminated." Previously, the SEVIS termination reason included "Failure to Maintain Status . . . ." DN 5-13.

- Exhibit PP is a copy of Plaintiff Likhith Babu Gorrela's Optional Practical Training (OPT) application and I-20 issued by Rivier University for his OPT application. Plaintiff Gorrela filed his OPT application with the United States Citizenship and Immigration Services (USCIS) to allow him to participate in the OPT after his May 20, 2025 graduation. It is currently pending.

- Exhibit QQ is a copy of another student's notice of intent to deny the student's application to change his status from F-1 student status to H-1B temporary worker. This evidence shows that USCIS—which is an agency within the Department of Homeland Security—construed the termination of a SEVIS record as the termination of "valid F-1 nonimmigrant status." In this document at <u>Ex. QQ</u>, Defendant DHS terminated this F-1 student's SEVIS record on April 10, 2025

    based on criminal record checks and visa revocation. At that time, the F-1 student's employer's Form I-129—which was filed to seek to change the student's status from F-1 to H-1B (a temporary worker)—was pending before USCIS. In light of Defendants' termination of the F-1 student's SEVIS record on April 10, 2025—which was based on "the criminal records check and the revocation of their F-1 visa"—USCIS construed the SEVIS termination as the termination of the student's "F-1 nonimmigrant status[.]" Ex. QQ at 2.

- Exhibit RR is a copy of an email Xiaotian Liu, a Dartmouth student whose F-1 student status has been terminated, received from Dartmouth College, indicating that "schools have tried to request SEVIS data fixes (corrections) on these record terminations and SEVP is not entertaining those requests."

- Exhibit SS is the affidavit of Hardik Gupta, a Dartmouth student who was on OPT prior to the SEVIS termination. In light of the SEVIS termination, Mr. Gupta has been on unpaid leave. His OPT will expire on June 30, 2025. As a graduate of a qualifying STEM (Science, Technology, Engineering, and Mathematics) field, he is eligible for the 24-month STEM OPT extension. However, the SEVIS termination prevents him from applying for the extension.

Plaintiffs and similarly situated members,

By and through their Counsel,

Dated: April 23, 2025

Respectfully submitted,

*/s/ SangYeob Kim*

| | |
|---|---|
| Ronald L. Abramson (NH Bar: 83593) | Gilles R. Bissonnette (NH Bar: 265393) |
| Shaheen & Gordon P.A. | Henry Klementowicz (NH Bar: 21177) |
| 180 Bridge Street | SangYeob Kim (NH Bar: 266657) |
| Manchester, NH 03104 | Chelsea Eddy (NH Bar: 276248) |
| 603.792.8472 | American Civil Liberties Union Of |
| rabramson@shaheengordon.com | New Hampshire Foundation |
| | 18 Low Avenue |
| Carol Garvan (NH Bar: 21304) | Concord, NH 03301 |
| Zachary L. Heiden* | 603.227.6678 |
| Heather Zimmerman* | gilles@aclu-nh.org |
| American Civil Liberties Union of Maine | henry@aclu-nh.org |
| Foundation | sangyeob@aclu-nh.org |
| P.O. Box 7860 | chelsea@aclu-nh.org |
| Portland, Maine 04112 | |
| 207.619.8687 | Fermín L. Arraiza-Navas* |
| cgarvan@aclumaine.org | #215705 (US District Court Puerto Rico) |
| heiden@aclumaine.org | American Civil Liberties Union |
| hzimmerman@aclumaine.org | Puerto Rico Chapter |
| | Union Plaza, Suite 1105 |
| Lynette Labinger* | 416 Avenida Ponce de León |
| Cooperating counsel, | San Juan, Puerto Rico 00918 |
| American Civil Liberties Union Foundation | 787.753.9493 |
| of Rhode Island | farraiza@aclu.org |
| 128 Dorrance Street, Box 710 | |
| Providence, RI 02903 | |
| 401.465.9565 | |
| LL@labingerlaw.com | |

*Counsel for Plaintiffs*
*\* Application for admission pro hac vice forthcoming*

4