## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW HAMPSHIRE

MANIKANTA PASULA, et al

*Plaintiffs*,

v.

U.S. DEPARTMENT OF HOMELAND SECURITY, et al.,

*Defendants*.

Case No. 1:25-cv-156-SE-TSM

### *SUPPLEMENTAL* DECLARATION OF ATTORNEY SANGYEOB KIM

I, SangYeob Kim, pursuant to 28 U.S.C. § 1746, declare as follows:

1. I submit this supplemental declaration in support of Plaintiffs' Motion for Preliminary Injunction.

2. I am over eighteen years of age and am competent to make this Declaration.

3. I am an attorney with the American Civil Liberties Union of New Hampshire.

4. I am one of the attorneys representing Plaintiffs and proposed class members in the instant case.

5. Attached hereto as exhibits are true and correct copies of the following.

**Additional Exhibit Documents**

- Ex. MM – Email from Rivier University.
- Ex. NN – Updated Expert Declaration – Attorney Dahlia French.
- Ex. OO – Updated SEVIS – Plaintiff Gummadavelli.
- Ex. PP – OPT Application and I-20 – Plaintiff Gorrela.
- Ex. QQ – H-1B Denial Example.
- Ex. RR – Email from Dartmouth (Xiaotian Liu).

1

- Ex. SS – Affidavit of Non-party Hardik Gupta.

I declare under penalty of perjury that the foregoing is true and correct.

*/s/SangYeob Kim*
SangYeob Kim

Executed on April 23, 2025.