# EXHIBIT MM

| | |
|---|---|
| **From:** | [redacted] |
| **To:** | Gummadavelli, Thanuj Kumar; [redacted]; SangYeob Kim |
| **Cc:** | ewhite@orr-reno.com |
| **Subject:** | RE: Sevis termination and visa revoke (Atty Kim -- message/update/ FYI from [redacted]) |
| **Date:** | Monday, April 21, 2025 10:03:34 AM |
| **Attachments:** | [redacted] |
| **Importance:** | High |

Dear Attorney Kim @SangYeob Kim,

[redacted]

Secondly, I am chiming in to ensure that we share with you the fact that *"during the initial SEVIS termination,"* the reasons written on all the students terminated was *"OTHERWISE FAILING TO MAINTAIN STATUS."* As many of our fellow DSOs could attest, *the following week after they were all changed to "OTHER"* *(see example attached).*

[redacted]

With gratitude,



P: [redacted]
E: [redacted]
WhatsApp: [redacted]
**Follow the OGE on:**
IG: [redacted]
DB's IG: [redacted]
FB: [redacted]
YouTube: [redacted]

*"Transforming Hearts and Minds To Serve The World."* : www.rivier.edu

*CONFIDENTIALITY NOTICE: This email message, including any attachments, is for the use of the intended recipient(s) only and may contain information that is privileged, confidential, and prohibited from unauthorized disclosure under applicable law. If you are not the intended recipient of this message, any dissemination, distribution, or copying of this message is strictly prohibited. If you received this message in error, please notify the sender by replying to the email. Thank you!*

An official website of the U.S. government   Skip Navigation



Student & Exchange Visitor Information System     1-800-892-4829     SEVIS Help Desk



Logout
ROLES:
Get Plug-Ins
Enter SEVIS ID

Main  Message Board  Change Password

<< Return to **Lists**

# Terminated Status Students (past 18 months)
## Rivier University - Rivier University

This document is FOR OFFICIAL USE ONLY (FOUO). It contains information that may be exempt from public release under the Freedom of Information Act (5. U.S.C. 552). It is to be controlled, stored, handled, transmitted, distributed, and disposed of in accordance with DHS policy relating to FOUO information and is not to be released to the public or other personnel who do not have a valid "need-to-know" without prior approval of an authorized DHS official. This information shall not be distributed beyond the dhs.gov network without prior authorization of the originator. If the "Eligible for Registration" column indicates that the student is not eligible, the student's record must be updated before registration. The Student Information page shows what information is needed. See Help for more details.

Show 20 entries

| SEVIS ID | Class of Admission | Surname/Primary Name | Given Name | Termination Date | Termination Reason | Reinstatement Request Date |
|---|---|---|---|---|---|---|
| | F-1 | ✓ | | 04/04/2025 | OTHERWISE FAILING TO MAINTAIN STATUS | |
| | F-1 | | | 04/04/2025 | OTHERWISE FAILING TO MAINTAIN STATUS | |
| | F-1 | | | 04/04/2025 | OTHERWISE FAILING TO MAINTAIN STATUS | |
| | F-1 | | | 04/04/2025 | OTHERWISE FAILING TO MAINTAIN STATUS | |
| | F-1 | | | 04/03/2025 | OTHERWISE FAILING TO MAINTAIN STATUS | |
| | F-1 | ✓ Pasula | Manikanta | 04/03/2025 | OTHERWISE FAILING TO MAINTAIN STATUS | |
| | F-1 | Gorrela | Likhith | 04/03/2025 | OTHERWISE FAILING TO MAINTAIN STATUS | |
| | F-1 | | | 04/03/2025 | OTHERWISE FAILING TO MAINTAIN STATUS | |
| | F-1 | | | 04/03/2025 | OTHERWISE FAILING TO MAINTAIN STATUS | |
| | F-1 | ✓ | | 04/03/2025 | OTHERWISE FAILING TO MAINTAIN STATUS | |
| | F-1 | | | 04/03/2025 | OTHERWISE FAILING TO MAINTAIN STATUS | |
| | F-1 | ✓ | | 04/03/2025 | OTHERWISE FAILING TO MAINTAIN STATUS | |
| | F-1 | | | 04/02/2025 | OTHERWISE FAILING TO MAINTAIN STATUS | |
| | | | | 01/28/2025 | UNAUTHORIZED WITHDRAWAL | |
| | | | | 11/07/2024 | AUTHORIZED EARLY WITHDRAWAL | |
| | | | | 11/07/2024 | UNAUTHORIZED WITHDRAWAL | |
| | | | | 10/01/2024 | FAILURE TO ENROLL | |
| | | | | 10/01/2024 | FAILURE TO ENROLL | |
| | | | | 10/01/2024 | FAILURE TO ENROLL | |
| | | | | 05/22/2024 | AUTHORIZED EARLY WITHDRAWAL | |

Excel  CSV  PDF  Print  Copy

Showing 1 to 20 of 30 entries                                                   First  Previous  1  2  Next  Last

Fri Apr 04 10:12:24 EDT 2025                                          U.S. Immigration and Customs Enforcement