# EXHIBIT OO

An official website of the U.S. government   Skip Navigation



Student & Exchange Visitor Information System

Hannah Dumont  Logout
1-800-892-4829
ROLES:DSO
SEVIS Help Desk
Get Plug-Ins

Main  Message Board  Change Password                         Enter SEVIS ID

<< Return to Student Search Results

**View:**
Event History

Request/Authorization Details

Employment Information

**Actions:**
Corrections

Request Reinstatement

Transfer Out

# Student Information

| F-1 STUDENT **Gummadavelli, Thanuj Kumar** | **Rivier University - Rivier University** Start Date: **January 11, 2024** End Date: **October 25, 2025** | Status: **TERMINATED** Status Change Date: **April 9, 2025** SEVIS ID: |
|---|---|---|
| | I-901 Fee Paid | I-20 ISSUE REASON: **CONTINUED ATTENDANCE** TERMINATION REASON: **OTHER - Individual identified in criminal records check and/or has had their VISA revoked. SEVIS record has been terminated.** |

## Personal / Contact

| Gender **MALE** Date of Birth                    **Age 23** City of Birth  Country of Birth **INDIA** Country of Citizenship **INDIA** U.S. Telephone  Foreign Telephone  Email Address  | U.S. Address  Address Status **Valid H** - **High-rise default address** Foreign Address  |
|---|---|

## Overall Remarks

## Program

Education Level
**MASTER'S**
Major 1 and Name
**11.0701 - Computer Science**
Major 2 and Name
**00.0000 - None**
Minor and Name

## Registration

Initial Session Start Date
**January 15, 2024**
Current Session End Date
**May 2, 2025**
Next Session Start Date
**September 2, 2025**
Length of Next Break/Vacation

| | |
|---|---|
| 00.0000 - None | 122 |
| Program Start Date | Last Session |
| **January 11, 2024** | **No** |
| Program End Date | Study/Research Abroad |
| **October 25, 2025** | **No** |
| | Thesis/Dissertation |
| | **No** |

## English Proficiency

School Requires English Proficiency for This Program
**Yes**
Student Has English Proficiency
**Yes**

## I-901 SEVIS Fee Payment

Transaction Type
**Payment**
Transaction Date
**December 4, 2023**
Transaction Amount
**$350.00**
Fee Payment / Cancellation Receipt Number

## Additional Names

Passport Name
Preferred Name
**Thanuj Kumar Gummadavelli**
SEVIS Legacy Name

## School

School Name
**Rivier University**
School Code
**BOS214F00422000**
Campus Name
**Rivier University**
School Status
**APPROVED**

## Travel

Port of Entry
**NEW YORK, NY   ( NYC )**
Date of Entry
**February 4, 2025**
I-94 Admission Number

Port of Departure
**NEW YORK, NY   (NYC)**
Date of Departure
**December 16, 2024**

## Visa

Visa Number

Visa Issuance Date
**December 22, 2023**
Visa Expiration Date
**December 20, 2028**
Visa Issuance Post
**MUMBAI (BOMBAY)   ( BMB )**

## Passport

Passport Number

Passport Expiration Date
**August 2, 2033**
Country of Issuance
**INDIA**

## Financial

| Expenses | | Funding | |
|---|---|---|---|
| Estimated Average Cost for | .................... **12 months** | Student Funding for | .................... **12 months** |
| Tuition and Fees | ....................**$17,928.00** | Student's Personal Funds | .................... **$0.00** |
| Living Expenses | ....................**$14,400.00** | Funds From This School | .................... **$0.00** |

| | | | |
|---|---|---|---|
| Dependents Expenses | .................... $0.00 | School Fund Type | .................... |
| Other Costs | .................... $4,000.00 | Funds From Other Sources | ....................$36,328.00 |
| Other Costs Comment | ...................**Books, fees, insurance** | Source Type | .................... **Family** |
| | | On-Campus Employment | .................... $0.00 |
| **Total Expense** | .....................**$36,328.00** | **Total Funding** | .....................**$36,328.00** |

## Dependents