# EXHIBIT RR



Xiaotian Liu

# SEVIS Termination Follow up

To: Xiaotian Liu

Sat, Apr 5, 2025 at 2:07 PM

Hi Xiaotian,

I know this is incredibly stressful and upsetting, and the timing of this occurring on a Friday evening makes everything even more challenging.

It is important that you consult with an attorney before taking any additional steps.  Each student's situation is different, and it is critical that you speak with an attorney to understand the potential implications to your status and what makes the most sense for you based on your own circumstances.

I can tell you that schools have tried to request SEVIS data fixes (corrections) on these record terminations and SEVP is not entertaining those requests.  The attorneys on the list I shared will be in touch with you, but may not contact you until they are back in the office after the weekend.  In the meantime, I would suggest pulling together all of your F-1 documents from your time in the U.S., and any documentation of other statuses you have held, if any, as well as any documentation related to a previous charge, arrest etc. if applicable.  That way when the attorney contacts you, you will have everything ready and if they ask you to send documentation you won't need to take the time to pull it together.

If you haven't heard back from anyone by end of day Monday please get back in touch with me and I will try and help.

Best,



**From:** Xiaotian Liu
**Sent:** Saturday, April 5, 2025 1:52 PM
**To:**
**Subject:** SEVIS Termination Follow up

Hi ,

Thank you for the information yesterday. I have contacted several law firms for legal advice yet still waiting for their response. I think a consultation before Monday is unlikely to happen given the situation. I am writing to ask if the OVIS could help me reinstate my SEVIS status or request a SEVIS correction to maintain my legal status to stay in the States?

Best,

Xiaotian Liu