# EXHIBIT SS

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEW HAMPSHIRE**

| | |
|---|---|
| MANIKANTA PASULA, et al., <br><br> *Plaintiffs*, <br><br> v. <br><br> U.S. DEPARTMENT OF HOMELAND SECURITY, et al., <br><br> *Defendants*. | Case No. |

**DECLARATION OF NON-PARTY HARDIK GUPTA**

I, Hardik Gupta, pursuant to 28 U.S.C. § 1746, declare as follows:

1. My name is Hardik Gupta. I am over the age of 18 and am competent to and am competent to testify regarding the matters described below.

2. I am a citizen of India. I currently live in New Hampshire.

3. I first entered the United States in December 2016 to start my undergraduate studies at Arizona State University (ASU). I was a degree candidate for Bachelor of Science, majoring in computer science.

4. I frequently traveled out of the United States in semester breaks to go home in India.

5. On December 14, 2020, I graduated with cum laude honors at Arizona State University.

6. After graduation, I was on Optional Practical Training (OPT) and STEM OPT, where I learned and contributed to the STEM field as a Software professional.

7. I was then admitted to Dartmouth College as a master's degree candidate. Thus, I ended my employment on STEM OPT, and my F-1 student status in the SEVIS record was transferred from Arizona State University to Dartmouth College.

1

8. On June 23, 2023, I went back to India, where I applied for a new F1 visa on the basis of my master's program. My case went into administrative processing, but I received the F-1 visa on August 17, 2023.

9. On August 23, 2023, I came back to the United States and landed at the San Francisco International Airport.

10. During my time at Dartmouth, I lawfully worked part-time as a research programmer at Dartmouth College.

11. On December 11, 2023, I traveled outside the United States and came back to Phoenix Sky Harbor International Airport.

12. In June 2024, I received my Master's degree in Engineering from Dartmouth College.

13. On April 15, 2024, I applied for OPT on the basis of my Master's degree completion. USCIS approved my OPT on June 30, 2024.

14. After that, I traveled two times to the United States at Vancouver International Airport (Canada) and Abu Dhabi International Airport (United Arab Emirates).

15. I have been working at Dartmouth College as a full time Research Assistant III under OPT, where I contribute to medical research using my unique engineering skills and mathematics skills.

16. On April 4, 2025, I was notified by my Designated School Official (DSO) at Dartmouth College that the School noticed an update in my SEVIS account that said, "OTHERWISE FAILING TO MAINTAIN STATUS - Individual identified in criminal records check and/or has had their VISA revoked. SEVIS record has been terminated."

17. On April 8, 2025, I was notified again by my DSO that the status changed to

"OTHER - Individual identified in criminal records check and/or has had their VISA revoked. SEVIS record has been terminated."

18. I received no prior notification from any U.S. government agency regarding the potential revocation of my F-1 visa or the termination of my F-1 student status in the SEVIS record before being informed by my DSO.

19. The sudden termination of my status has caused profound fear for my personal safety and immense anxiety regarding potential apprehension, detention by Immigration and Customs Enforcement (ICE), and deportation. The thought of detention is deeply traumatic.

20. This unexpected event has caused significant emotional distress, undermining years of hard work invested in my U.S. education at a prestigious institution like Dartmouth and leaving my future uncertain. I feel emotionally broken by the disruption to the life and career path I have diligently built.

21. The termination immediately revokes my work authorization, halting my employment as a Research Assistant III at Dartmouth College. My employer needs me to finish working on the research and successfully help with their goals to deliver to stakeholders.

22. Since the termination, I have been under unpaid leave.

23. My substantial investment in obtaining two U.S. degrees is now severely undermined. My family invested approximately $200,000 towards my bachelor's degree cost of attendance, and I personally managed subsequent graduate degree costs of attendance totaling around $98,000, utilizing a combination of scholarships, assistantships, and personal funds. Crucially, this termination derails the advanced training opportunities these degrees were meant to unlock. I had concrete plans, following my current research, to deepen my expertise in Operations Research – building on my engineering coursework – for application in high-demand fields like

data science and supply chain management, skills that would allow me to contribute positively to the U.S. economy.

24. Losing my work authorization instantly eliminates my only source of income, rendering me unable to support myself, cover living expenses, or make payments on financial liabilities incurred in the United States of about $15,000 (including debts related to tuition, board, and food).

25. I have significant concerns about losing access to essential healthcare in the U.S. I am currently under treatment for diabetes (including a new prescription drug), high blood pressure, and obstructive sleep apnea. I fear losing my access to medical insurance because I cannot be employed.

26. The termination effectively destroys my plans to build a career based on my U.S. education and training, leaving me without a clear path forward and potentially nullifying years of dedicated effort.

27. Throughout my time in the United States, I have diligently focused on complying with all F-1 visa regulations and maintained lawful student status. I possess a strong work ethic, maintain a good standing with my employer and strive to contribute positively to my community. I have not participated in protests or any activities intended to be detrimental to the United States. This F-1 student status termination feels contradictory to my consistent record of compliance with immigration rules and my positive conduct.

28. My authorized period of OPT was set to expire on June 30, 2025. As a graduate of a qualifying STEM (Science, Technology, Engineering, and Mathematics) field, I was eligible for the 24-month STEM OPT extension, which would have permitted work authorization through June 30, 2027. I was planning to submit my application for this STEM OPT extension. The termination

5

of my SEVIS record now prevents me from applying for and obtaining this critical extension, abruptly cutting short my planned period of practical training in the United States.

I declare under penalty of perjury that the foregoing is true and correct.

*Hardik Gupta*
_____
Hardik Gupta
Executed on April 23, 2025.