# EXHIBIT TT

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW HAMPSHIRE

| | |
|---|---|
| MANIKANTA PASULA, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>U.S. DEPARTMENT OF HOMELAND SECURITY, et al.,<br><br>Defendants. | Case No. |

## DECLARATION OF DANIEL W. OLDENBURG

I, Daniel W. Oldenburg, make this statement under penalty of perjury of the laws of the United States and if called to testify I could and would do so competently based upon my personal knowledge as follows:

1. I am over eighteen years of age and am fully competent to make this declaration.

2. I am an immigration attorney with over 20 years of experience providing a variety of immigration legal services, including advice and representation to numerous clients regarding the F-1, M-1, and J-1 immigration classifications. I am currently an immigration attorney at Cline, Williams, Wright, Johnson, & Oldfather, a law practice with multiple offices in Colorado and Nebraska. Prior to my current employment, I also worked at the U.S. Immigration and Naturalization Service (INS), the predecessor agency to U.S. Immigration and Customs Enforcement (ICE) and U.S. Citizenship and Immigration Services (USCIS). I received my Juris Doctorate from the Creighton University School of Law in 2002, and since that time, I have been an active member of the American Immigration Lawyers Association (AILA).

1

3. I represent a public school district (the "District") who was seeking to hire an individual (the "Beneficiary") who originally entered the United States on an F-1 visa and who maintained valid F-1 status until he received a notice from his school on April 10, 2025 that ICE had terminated their status in the Student and Exchange Visitor Information System (SEVIS). The reason for the termination, as stated in SEVIS, was "Individual identified in criminal records check and/or has had their visa revoked." However, the Beneficiary has never been convicted of a crime.

4. On March 6, 2025, I submitted a Form I-129 on behalf of the District seeking to classify the Beneficiary as a temporary specialty worker under the H-1B immigration classification. USCIS's approval of Form I-129 would effectuate the Beneficiary's change from F-1 status to H-1B status.

5. The Beneficiary and the District met all the eligibility requirements for changing the Beneficiary's F-1 status to H-1B status. *See* 8 U.S.C. §1184(i).

6. However, on April 18, 2025, USCIS mailed me a Notice of Intent to Deny the District's Form I-129. ***See* Exhibit QQ**. The Notice was sent by an official in USCIS's Service Center Operations Directorate (SCOPS), whose decisions reflect agency-level policy positions (as opposed to decisions issued by one of the regional USCIS service centers).

7. Notice of Intent to Deny is inconsistent with standard USCIS procedure. In matters where the H-1B Beneficiary has failed maintain status, USCIS will normally approve the H-1B petition and deny the change of status request, still permitting the F-1 student to depart the U.S. and process the H-1B visa at a U.S. Embassy/Consulate abroad. The NOID contemplates a denial of the H-1B Petition itself.

8. The reason for USCIS SCOPS's intent to deny the I-129 was that the Beneficiary had failed to maintain his F-1 status. Specifically, the Notice states:

> According to the beneficiary's SEVIS record… their F-1 nonimmigrant status was terminated on April 10, 2025 because of the criminal records check and the revocation of their F-1 visa…. It appears that the beneficiary is not in valid F-1 nonimmigrant status, as such, the request for a change of nonimmigrant status may not be approved….. As such, the beneficiary failed to maintain the beneficiary's nonimmigrant status.

9. In other words, USCIS—a sub-agency of the Department of Homeland Security—is currently taking the position that a termination of someone's record in SEVIS reflects the termination of that person's immigration status (in this case, F-1 status).

10. USCIS's position is consistent with my prior extensive experience with SEVIS records. I know that, among immigration practitioners (including myself) and university officials, SEVIS records are widely understood to be, and treated as, the definitive record of students' immigration status. *See* 9 F.A.M. 402.5-4(B) ("an applicant's SEVIS record is the definitive record of student or exchange visitor status and visa eligibility").

11. I expect that USCIS SCOPS will continue to issue similar Notices of Intent to Deny applications for my future clients who file immigration applications seeking to change immigration status, such as Form I-129.

I declare under penalty of perjury of the laws of the United States that the foregoing is true and correct.

Executed, April 23, 2025, in Lincoln, Nebraska

*[signature]*

Daniel W. Oldenburg

Student & Exchange Visitor Information System

1-800-892-4829
SEVIS Help Desk

<< Return to Terminated Status Students (past 18 months)

## Student Information

F-1 STUDENT

University - University
Start Date: August 7, 2022  End Date: May 11, 2024

I-901 Fee Paid

Status: TERMINATED
Status Change Date: April 10, 2025
SEVIS ID:
I-20 ISSUE REASON: CONTINUED ATTENDANCE
TERMINATION REASON: OTHER - Individual identified in criminal records check and/or has had their VISA revoked. SEVIS record has been terminated.

### Personal / Contact

Gender
MALE
Date of Birth

City of Birth

th
UNITED KINGDOM
Country of Citizenship
UNITED KINGDOM
U.S. Telephone

Foreign Telephone

Address Status

Foreign Address

### Overall Remarks

### Program

Education Level
MASTER'S
Major 1 and Name
52.0213 - Organizational Leadership
Major 2 and Name
00.0000 - None
Minor and Name
00.0000 - None
Program Start Date
August 7, 2022
Program End Date
May 11, 2024

### Registration

Initial Session Start Date
August 22, 2022
Current Session End Date
May 11, 2024
Next Session Start Date

Length of Next Break/Vacation
0
Last Session
Yes
Study/Research Abroad
No



| Event Name | Event Date | Resulting Status | Performed By |
|---|---|---|---|
| Portal Updated with SEVIS Changes | 04/10/2025 15:07:19 | TERMINATED | PORTAL |
| Manual Data Change | 04/10/2025 14:06:28 | TERMINATED | SEVIS Maintenance |
| OPT Actual End Date Updated | 04/10/2025 14:06:28 | TERMINATED | SEVIS Maintenance |
| Terminate - User Termination | 04/10/2025 14:06:28 | TERMINATED | SEVIS Maintenance |
| Change of Status Pending | 03/11/2025 09:00:03 | ACTIVE | System Interface |
| I-20 Reprinted | 09/19/2024 15:09:45 | ACTIVE | |
| I-20 Reprint Bulk | 09/03/2024 03:15:05 | ACTIVE | |
| Portal Updated with SEVIS Changes | 07/18/2024 19:06:01 | ACTIVE | PORTAL |
| OPT Employer Added 10992067 North Platte Public Schools | 07/18/2024 18:09:41 | ACTIVE | |
| Address Update - Mailing | 07/12/2024 12:55:00 | ACTIVE | PORTAL |
| Address Update - Physical | 07/12/2024 12:55:00 | ACTIVE | PORTAL |
| Portal Status: Student Has Account | 07/12/2024 12:52:29 | ACTIVE | PORTAL |
| Portal Updated with SEVIS Changes | 07/11/2024 05:15:23 | ACTIVE | PORTAL |
| Portal Status: Student Notified To Create Account | 07/11/2024 05:15:23 | ACTIVE | PORTAL |
| I-20 Reprinted | 05/09/2024 15:51:17 | ACTIVE | |
| I-20 Reprinted | 05/09/2024 15:50:49 | ACTIVE | |
| ADIS Arrival | 04/26/2024 05:36:42 | ACTIVE | System Interface |
| ADIS Arrival | 04/24/2024 08:05:46 | ACTIVE | System Interface |
| OPT Approve for Post-Completion OPT | 04/23/2024 10:01:12 | ACTIVE | System Interface |
| ADIS Departure | 04/20/2024 05:31:13 | ACTIVE | System Interface |
| I-20 Reprinted | 04/19/2024 16:45:03 | ACTIVE | |
| OPT Approve for Post-Completion OPT | 04/05/2024 09:36:55 | ACTIVE | System Interface |
| OPT Approve for Post-Completion OPT | 04/03/2024 09:00:39 | ACTIVE | System Interface |
| OPT Employment Pending | 03/02/2024 09:00:23 | ACTIVE | System Interface |
| I-20 Reprinted | 02/27/2024 14:36:57 | ACTIVE | |