# EXHIBIT 1

# Student Information

| F-1 STUDENT  An, Haoyang | Worcester Polytechnic Institute – Worcester Polytechnic Institute  Start Date: **August 15, 2024**  End Date: **August 31, 2026**  I-901 Fee Paid | Status: **ACTIVE**  Status Change Date: **April 26, 2025**  SEVIS ID: **N002▮▮▮▮▮▮▮**  I-20 ISSUE REASON: **CONTINUED ATTENDANCE** |
|---|---|---|

## Student Information

| F-1 STUDENT | Rivier University - Rivier University | Status: **ACTIVE** |
|---|---|---|
| **Gorrela, Likhith** | Start Date: **September 5, 2023**  End Date: **May 20, 2025** | Status Change Date: **April 26, 2025** |
| | | SEVIS ID: **N00**▇▇▇▇ |
| | I-901 Fee Paid | I-20 ISSUE REASON: **CONTINUED ATTENDANCE** |

# Student Information

| F-1 STUDENT | Rivier University - Rivier University | Status: **ACTIVE** |
|---|---|---|
| **Gummadavelli, Thanuj Kumar** | Start Date: **January 11, 2024**  End Date: **October 25, 2025** | Status Change Date: **April 26, 2025** |
| | | SEVIS ID: **N00**▓▓▓▓ |
| | I-901 Fee Paid | I-20 ISSUE REASON: **CONTINUED ATTENDANCE** |

## Student Information

| F-1 STUDENT<br>Pasula, Manikanta | Rivier University - Rivier University<br>Start Date: **January 29, 2024**  End Date: **November 25, 2025** | Status: **ACTIVE**<br>Status Change Date: **April 26, 2025**<br>SEVIS ID: **N00**▮▮▮▮ |
|---|---|---|
| | I-901 Fee Paid | I-20 ISSUE REASON: **CONTINUED ATTENDANCE** |

2

# Student Information

| F-1 STUDENT<br>Zhang, Hangrui | Worcester Polytechnic Institute - Worcester Polytechnic Institute<br>Start Date: **August 15, 2023**  End Date: **August 31, 2028**<br>I-901 Fee Paid | Status: **ACTIVE**<br>Status Change Date: **April 24, 2025**<br>SEVIS ID: **N00**▮▮▮▮▮▮▮<br>I-20 ISSUE REASON: **CONTINUED ATTENDANCE** |
|---|---|---|

Case 1:25-cv-00156-SE-TSM    Document 21-1  SEVIS - Student Information  Filed 05/01/25    Page 10 of 11

# Student Information