**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW HAMPSHIRE**

|  |  |  |
|---|---|---|
| MANIKANTA PASULA, *et al.*, | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | No. 1:25-cv-00156-SE-TSM |
| | ) | |
| DEPARTMENT OF HOMELAND | ) | |
| SECURITY, *et al.*, | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

## <u>NOTICE OF FILING</u>

As discussed at the hearing on Plaintiffs' Motion for Preliminary Injunction on May 7, 2025, Defendants respectfully submit this notice to apprise the Court of recent developments with respect to Defendants' previous termination of SEVIS records. To this end, enclosed please find the declarations of James Hicks, Division Chief of External Operations at the Student and Exchange Visitor Program, Homeland Security Investigations, U.S. Immigration and Customs Enforcement, dated May 5, 2025, and Andre Watson, Assistant Director, National Security Division, Homeland Security Investigations, U.S. Immigration and Customs Enforcement, U.S. Department of Homeland Security, dated May 6, 2025.

Dated: May 7, 2025

Respectfully submitted,

YAAKOV M. ROTH
Acting Assistant Attorney General

DREW ENSIGN
Deputy Assistant Attorney General

GLENN M. GIRDHARRY
Assistant Director

ALEXANDRA MCTAGUE SCHULTE
Senior Litigation Counsel

By: *s/ Alessandra Faso*
ALESSANDRA FASO
Senior Litigation Counsel
United States Department of Justice
Civil Division
Office of Immigration Litigation
General Litigation and Appeals
P.O. Box 868, Ben Franklin Station
Washington, DC 20044
Tel: (202) 305-9855
Email: alessandra.faso@usdoj.gov

## **CERTIFICATE OF SERVICE**

I certify that on May 7, 2025, electronically filed the foregoing document with the Clerk of the Court by using the CM/ECF system, which will provide electronic notice and an electronic link to this document to all attorneys of record:

SangYeob Kim
Chelsea Eddy
Gilles R. Bissonnette
American Civil Liberties Union of New Hampshire
18 Low Ave
Concord, NH 03301
603 224-5591
SangYeob@aclu-nh.org
chelsea@aclu-nh.org
Gilles@aclu-nh.org

Carol Garvan
Zachary L. Heiden
American Civil Liberties Union Foundation
PO Box 7860
Portland, ME 04112
207-619-8687
cgarvan@aclumaine.org
zheiden@aclumaine.org

Fermin L Arraiza-Navas
American Civil Liberties Union
416 Ponce de Leon Avenue, Suite 1105
San Juan, PR 00918
787-753-8493
arraizanavasfermin@gmail.com

Lynette J. Labinger
Labinger Law Office
128 Dorrance St, Ste Box 710
Providence, RI 02903
401-465-9565
ll@labingerlaw.com

Ronald L. Abramson
Shaheen & Gordon PA
1155 Elm Street, Suite 300
Manchester, NH 03101
603-792-8472
rabramson@shaheengordon.com

By: *s/ Alessandra Faso*
ALESSANDRA FASO
Senior Litigation Counsel
United States Department of Justice
Civil Division