UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE

| | |
|---|---|
| **MANIKANTA PASULA, LIKHITH BABU GORRELA, THANUJ KUMAR GUMMADAVELLI, HANGRUI ZHANG**, and **HAOYANG AN**, on behalf of themselves and all those similarly situated,<br>           **Plaintiffs**,<br>     v.<br><br>**U.S. DEPARTMENT OF HOMELAND SECURITY;**<br><br>**U.S. IMMIGRATION AND CUSTOMS ENFORCEMENT;**<br><br>**U.S. IMMIGRATION AND CUSTOMS ENFORCEMENT, BOSTON FIELD OFFICE;**<br><br>**U.S. IMMIGRATION AND CUSTOMS ENFORCEMENT, MANCHESTER SUB-FIELD OFFICE;**<br><br>**KRISTI NOEM,** Secretary of the Department of Homeland Security;<br><br>**TODD LYONS,** Acting Director of the Immigration and Customs Enforcement;<br><br>           **Defendants.** | No. 1:25-cv-156-SE-TSM |

### THE PARTIES' JOINT STIPULATION REGARDING THE BRIEFING SCHEDULE ON PLAINTIFFS' MOTION FOR CLASS CERTIFICATION (ECF NO. 4)

The parties hereby submit this Joint Stipulation Regarding the Briefing Schedule on Plaintiffs' Motion for Class Certification (ECF No. 4). The parties have agreed to the following briefing schedule:

- Defendants' Objection: **Friday, May 30, 2025**

1

- Plaintiffs' Reply: **Friday, June 13, 2025**

|  |  |
|---|---|
|  | Plaintiffs and similarly situated members, |
|  | By and through their Counsel, |
| Dated: May 8, 2025 | Respectfully submitted, |
|  | */s/ Gilles Bissonnette* |
| Ronald L. Abramson (NH Bar: 83593) | Gilles R. Bissonnette (NH Bar: 265393) |
| SHAHEEN & GORDON P.A. | Henry Klementowicz (NH Bar: 21177) |
| 180 Bridge Street | SangYeob Kim (NH Bar: 266657) |
| Manchester, NH 03104 | Chelsea Eddy (NH Bar: 276248) |
| 603.792.8472 | AMERICAN CIVIL LIBERTIES UNION OF NEW HAMPSHIRE FOUNDATION |
| rabramson@shaheengordon.com | 18 Low Avenue |
|  | Concord, NH 03301 |
| Carol Garvan (NH Bar: 21304) | 603.227.6678 |
| Zachary L. Heiden* | gilles@aclu-nh.org |
| Heather Zimmerman* | henry@aclu-nh.org |
| AMERICAN CIVIL LIBERTIES UNION OF MAINE FOUNDATION | sangyeob@aclu-nh.org |
| P.O. Box 7860 | chelsea@aclu-nh.org |
| Portland, Maine 04112 |  |
| 207.619.8687 | Fermín L. Arraiza-Navas* |
| cgarvan@aclumaine.org | #215705 (US District Court Puerto Rico) |
| heiden@aclumaine.org | AMERICAN CIVIL LIBERTIES UNION PUERTO RICO CHAPTER |
| hzimmerman@aclumaine.org | Union Plaza, Suite 1105 |
|  | 416 Avenida Ponce de León |
| Lynette Labinger* | San Juan, Puerto Rico 00918 |
| Cooperating counsel, | 787.753.9493 |
| AMERICAN CIVIL LIBERTIES UNION FOUNDATION OF RHODE ISLAND | farraiza@aclu.org |
| 128 Dorrance Street, Box 710 |  |
| Providence, RI 02903 |  |
| 401.465.9565 |  |
| LL@labingerlaw.com |  |
|  | *Counsel for Plaintiffs* |
|  | *** Admitted pro hac vice* |

Dated: May 8, 2025

Respectfully submitted,

YAAKOV M. ROTH
Acting Assistant Attorney General

DREW ENSIGN
Deputy Assistant Attorney General

By: */s/ Glenn M. Girdharry*
GLENN M. GIRDHARRY
Assistant Director
United States Department of Justice
Civil Division
Office of Immigration Litigation
General Litigation and Appeals
P.O. Box 868, Ben Franklin Station
Washington, DC 20044
Tel: (202) 532-4807 Email:
glenn.girdharry@usdoj.gov

ALESSANDRA FASO
ALEXANDRA MCTAGUE SCHULTE
Senior Litigation Counsels